## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:17-cv-81370-DMM

ANDREW HODGES, individually,
VLADIMIR COOD, individually;
GAUTAM DESAI, individually;
JODY POWELL, individually;
JEFFREY HEBERLING, individually; and
SHAMMI NABUKUMAR, individually;
and on behalf of All Others Similarly Situated

          Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited
liability company; MONKEY CAPITAL, INC.,
a foreign corporation; and DANIEL
HARRISON, an individual,

          Defendants.

_____/

### NOTICE OF APPEARANCE

Jerry R. Linscott and Julie Singer Brady of the law firm of Baker & Hostetler LLP, 200 South Orange Avenue, SunTrust Center, Suite 2300, Orlando, Florida 32801, hereby enter their appearance as counsel of record for Defendant Monkey Capital, LLC and request that all pleadings and other papers filed herein be served upon them.

          Date: January 24, 2018

                                  */s/ Jerry R. Linscott*         
                                  Jerry R. Linscott, Esquire
                                  Florida Bar No. 148009
                                  E-mail: jlinscott@bakerlaw.com
                                  Secondary e-mail: mrios@bakerlaw.com
                                  Julie Singer Brady, Esquire
                                    Florida Bar No. 0389315

E-mail: jsingerbrady@bakerlaw.com
Secondary e-mail: orlbakerdocket@bakerlaw.com
**BAKER & HOSTETLER LLP**
2300 SunTrust Center
200 South Orange Avenue
Post Office Box 112
Orlando, Florida  32802
Telephone: (407) 649-4000
Telecopier:  (407) 841-0168
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Jerry R. Linscott*              '
Jerry R. Linscott