UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-81370-cv-MIDDLEBROOKS/Brannon

ANDREW HODGES, individually,
VLADIMIR COOD, individually;
GAUTAM DESAI, individually;
JODY POWELL, individually;
JEFFREY HEBERLING, individually; and
SHAMMI NABUKUMAR, individually;
and on behalf of All Others Similarly Situated;

Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;

Defendants.
_____/

## ORDER GRANTING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW AND DENYING PLAINTIFF'S MOTION FOR JUDICIAL DEFAULT

THIS CAUSE came before the Court upon the Motion of Jerry R. Linscott, Julie Singer Brady and the law firm of Baker & Hostetler LLP, to withdraw as counsel for Defendant Monkey Capital, LLC, filed on February 6, 2018 (DE 15), and Plaintiffs' Motion for Judicial Default, filed February 5, 2018 (DE 14). For the reasons discussed on the record at the Scheduling Conference in this matter, held on February 22, 2018, it is hereby

**ORDERED AND ADJUDGED** that

1. The Motion to Withdraw (DE 15) is **GRANTED**.
2. Jerry R. Linscott, Julie Singer Brady and the law firm of Baker & Hostetler LLP shall have no further responsibility in this matter and shall be removed from the CM/ECF notification system and from the certificates of service for all pleadings, correspondence, and orders.

3. Defendant Monkey Capital LLC shall have **TWENTY (20) DAYS** from the date of this Order to secure new counsel.

4. Until new counsel is secured, Plaintiff is **DIRECTED** to serve all papers on Defendant Monkey Capital LLC at the email address utilized by Defendant Daniel M. Harrison: dmh1980@protonmail.com.

5. The Motion for Judicial Default (DE 14) is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 22 day of February, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
Defendant Daniel M. Harrison (dmh1980@protonmail.com)