UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-81370-cv-MIDDLEBROOKS/Brannon

ANDREW HODGES, individually,
VLADIMIR COOD, individually;
GAUTAM DESAI, individually;
JODY POWELL, individually;
JEFFREY HEBERLING, individually; and
SHAMMI NABUKUMAR, individually;
and on behalf of All Others Similarly Situated;

    Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;

    Defendants.
_____/

## ORDER FOLLOWING SCHEDULING CONFERENCE

THIS CAUSE is before the Court following the Scheduling Conference held on February 22, 2018. Counsel for Plaintiffs were present. Counsel for Defendant Monkey Capital LLC appeared, but is now withdrawn from this case. Counsel for the remaining defendants have not yet appeared. Taking into account the representations of counsel for the Plaintiffs, it is

**ORDERED AND ADJUDGED:**

1. The trial in this matter is rescheduled. This case will be set for trial on the Court's two-week calendar commencing February 19, 2019, in West Palm Beach, Florida. Calendar call will be held on February 13, 2019, at 1:30 p.m.

2. Within two weeks of Defendants' counsel's appearance in this case, the Parties shall submit a Joint Pretrial Scheduling Report with proposed pretrial deadlines, taking into

account the amended trial setting as set forth above, and bearing in mind that the Court is unlikely to grant a continuance.

3. Plaintiff's counsel advised the Court that the issue of class certification can be briefed within an estimated time frame of three months. The Parties' proposed pretrial schedule should reflect this, and Plaintiff's counsel is directed to prepare accordingly.

**DONE and ORDERED** in Chambers in West Palm Beach, Florida on this 22 day of February, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
Defendant Daniel M. Harrison (dmh1980@protonmail.com)