UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-81370-cv-MIDDLEBROOKS/Brannon

ANDREW HODGES, individually,
VLADIMIR COOD, individually;
GAUTAM DESAI, individually;
JODY POWELL, individually;
JEFFREY HEBERLING, individually; and
SHAMMI NABUKUMAR, individually;
ANTHONY SAJEWICZ, individually;

    Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;

    Defendants.
_____/

## ORDER TO SHOW CAUSE AND INSTRUCTIONS TO PRO SE LITIGANT

THIS CAUSE is before the Court *sua sponte*. This is a securities fraud action involving cryptocurrency and alleging investor losses in excess of $5 million. A review of the record in this case indicates that all Defendants have been served (DE 7, DE 18, DE 19), however no Defendant is presently represented by counsel. The clerk has entered default as to all Defendants (DE 31, DE 34, DE 35), and on May, 21, 2018, Plaintiffs filed a Motion for Final Default Judgment (DE 36).

The Plaintiffs' proposed order on the Motion for Default was sent via email to this Court's e-filing address, and was copied to an email address associated with Defendant Daniel Harrison. The following day, Defendant Harrison sent an email reply to the Court's e-filing address, requesting that the court "disregard" the Motion for Default, and indicating that entry of

final default judgment "won't be necessary as I am preparing my official response to the case." On May 24, 2018, Defendant Harrison sent another email to the Court's e-filing address with an attachment in PDF format which is titled "ANSWER." Since then, Defendant Harrison has called this Court's chambers requesting to speak with me personally.

### *Pro Se Instructions*

Litigants are not permitted to contact the Court directly, and must communicate through counsel via motion or other appropriate pleading filed in the public court record. It appears that Defendant Harrison intends to proceed *pro se* (without counsel) in this action, at least with respect to the claims against him individually. Accordingly, Defendant Harrison is advised that:

1. *Pro se* litigants, like all other litigants, must adhere to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.

2. **No original pleading or document shall be sent directly to a Judge of this Court.** Any paper submitted directly to a Judge rather than to the Clerk will be disregarded by the Court.

3. If a litigant is proceeding *pro se,* he shall send the original of every pleading or document to the Clerk of this Court. Court documents from *pro se* litigants may not be sent to the Clerk via e-mail. Paper documents to be filed in this matter must be hand delivered or physically mailed to:

    Paul G. Rogers Federal Building and U.S. Courthouse
    Clerk of Court
    701 Clematis Street
    Room 202
    West Palm Beach, FL 33401

    For purposes of determining whether a mailed document has been timely filed, the Court will rely on the date the document was post marked.

4. All pleadings mailed to the court must include the case style, case number, and appropriate title in the format required by the Local Rules of this Court. Each submission shall include: (1) the original and one copy of the pleading or document, and (2) a certificate of service stating the date a true copy of the pleading or document was sent to the opposing parties or counsel for such parties. The signature block of each pleading must contain the *pro se* litigant's name, address and telephone number.

5. As a *pro se* litigant, Defendant Harrison is responsible for defending this case, participating in essential discovery, filing all necessary pleadings and motions, and otherwise complying with all scheduling orders and preparing the case for trial.

### Corporate Defendants

Although, Defendant Harrison is a defendant in his individual capacity, the other two named defendants -- Monkey Capital LLC and Monkey Capital Inc. -- are corporate entities. The Complaint alleges these entities are/were wholly owned and operated by Defendant Harrison.

"The rule is well-established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985). "The general rule applies even where the person seeking to represent the corporation is its president and major stockholder." *Id.* (citation omitted).

Defendant Monkey Capital LLC was originally represented in this case, and I granted counsel's motion to withdraw on February 22, 2018. (DE 24). At that time, I ordered Defendant Monkey Capital LLC to secure new counsel within 20 days. Monkey Capital LLC has not complied with this Order.

### SHOW CAUSE ORDER

For the reasons set forth above, it is **ORDERED AND ADJUDGED** that:

1. Defendants Monkey Capital LLC and Monkey Capital Inc. are **ORDERED** to file a Notice in the court record by **Friday, June 15, 2018,** stating whether these corporate defendants have secured counsel. The Notice must comply with proper filing procedures. Any further correspondence sent directly to this Court will be disregarded. The

Corporate Defendants are advised that failure to secure counsel may result in entry of default judgment against them.

2. Defendant Daniel Harrison is **ORDERED** to file a Notice in the court record by **Friday, June 15, 2018,** confirming that it is his intention to proceed *pro se* in this matter. Moreover, if Defendant Harrison intends to continue to proceed in this matter without the benefit of counsel, he must also include in this Notice his **current physical address**. Defendant Harrison is advised that any litigant appearing *pro se* is responsible for keeping the Court advised of his or her current address at all times. Litigants must promptly notify the Court in writing of any change in address by filing a "Notice of Change of Address" in the court record with a copy served on opposing counsel.

3. **ALL DEFENDANTS** in this matter are advised that failure to respond to this Order to Show Cause and/or failure to properly respond to the pending Motion for Final Default Judgment may result in the entry of default judgment against them.

4. Plaintiffs are **DIRECTED** to ensure that a copy of this Order to Show Cause is served to Daniel Harrison's email address and also mailed to any other known mailing address for Defendant Daniel Harrison. Plaintiffs are further **DIRECTED** to serve a copy of this Order on the corporate defendants by mail and email to any known addresses maintained by the corporate defendants. Within three (3) days of the date of this Order, Plaintiffs **SHALL FILE** a Notice of Compliance with the court, indicating when and in what manner service was accomplished.

5. Until counsel is secured for the corporate Defendants, Plaintiffs are further **DIRECTED** to continue to serve all future papers on Defendant Monkey Capital LLC and Defendant

4

Monkey Capital Inc. at the email address utilized by Defendant Daniel M. Harrison: dmh1980@protonmail.com.

6. Defendant Daniel Harrison is **ORDERED** not to contact my chambers by telephone.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 7 day of June, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record