# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### Civil Action No. 9:17-cv-81370-DMM

ANDREW HODGES, an individual;
VLADIMIR COOD, an individual;
GAUTAM DESAI, an individual;
JODY POWELL, an individual;
JEFFREY HEBERLING, an individual;
SHAMMI NABUKUMAR, an individual; and
ANTHONY SAJEWICZ, an individual;
      Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;
      Defendants.
_____/

## PLAINTIFFS' MOTION FOR LEAVE ALLOWING TELEPHONIC TESTIMONY AT AUGUST 24, 2018 HEARING

      Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, SHAMMI NABUKUMAR, and ANTHONY SAJEWICZ ("Plaintiffs"); by and through undersigned counsel and pursuant to Local Civil Rule 7.1, hereby move for entry of an Order granting Plaintiffs permission to appear telephonically at the Court-scheduled August 24, 2018 hearing to proffer, if necessary, testimony to assist the Court in determining the appropriate manner of calculating the value of Plaintiffs' damages. In support thereof, Plaintiffs state as follows:

      1.    On December 19, 2017, Plaintiffs filed their Complaint in the above-referenced action[1], which was later revised with the filing of an Amended Complaint.[2]

---

[1] Docket Entry No. ("DE") 1.

[2] DE 28.

2.      On August 14, 2018, the Court entered a Final Default Judgment against Defendants MONKEY CAPITAL, LLC, a Delaware limited liability company; and MONKEY CAPITAL, INC., a foreign corporation.[3]

3.      Although Plaintiffs have already proffered to the Court -- in the form of sworn Certifications[4] -- evidence of their damages, the Court stated in its Final Default Judgment:

> *I decline to enter an award of cash damages in this matter without a hearing to determine the appropriate manner of calculating the value of Plaintiffs' investments. A hearing is therefore scheduled for* **Friday, August 24, 2018 at 2:00 p.m.**, *at which time Plaintiffs may offer evidence and argument with respect to their assertion that Defendants are jointly and severally indebted to Plaintiffs in the [certain enumerated] principal sums which have been proposed by Plaintiffs . . . .*[5]

4.      To the extent Plaintiffs must proffer at the August 24, 2018 hearing oral testimony to supplement the written evidence already submitted into the Court record, Plaintiffs -- who are geographically dispersed across the United States[6] -- respectfully request permission from the Court to appear telephonically at the August 24, 2018 hearing to proffer their testimony and assist the Court in determining the appropriate manner of calculating the value of Plaintiffs' damages.

5.      Plaintiffs' counsel will appear at the August 24, 2018 hearing in person with contact information that will facilitate the Court's ability to hear from each Plaintiff telephonically.

WHEREFORE, Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, SHAMMI NABUKUMAR, and ANTHONY SAJEWICZ, respectfully request the Court grant them permission to appear telephonically at the Court-scheduled August 24, 2018

---

[3] DE 44.

[4] DE 8-1 (Andrew Hodges); DE 8-2 (Vladimir Cood); DE 8-3 (Gautam Desai); DE 8-4 (Shammi Nabukumar); DE 10-1 (Jody Powell); and DE 36-1 (Anthony Sajewicz).

[5] DE 44 at 19-20.

[6] As stated in the Amended Complaint, Andrew Hodges lives in Boynton Beach, Florida; Vladimir Cood lives in San Francisco, California; Gautam Desai lives in Danville, California; Jody Powell lives in Henrico, Virginia; Shammi Nabukumar lives in Omaha, Nebraska; and Anthony Sajewicz lives in Greenbrae, California. *See*, DE 28 at ¶¶ 15-21.

hearing to provide, if necessary, additional evidence to determine the appropriate manner of calculating the value of Plaintiffs' damages.

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

By: _____
DAVID C. SILVER
Florida Bar No. 572764
E-mail:  DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail:  JMiller@SilverMillerLaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this  **20th**  day of August 2018 by using the CM/ECF system and that a true and correct copy will be served <u>via</u> <u>electronic</u> <u>mail</u> to: **MONKEY CAPITAL, LLC** c/o Daniel Harrison, E-mail: dmh1980@protonmail.com; **MONKEY CAPITAL, INC.** c/o Daniel Harrison, E-mail:   dmh1980@protonmail.com;   and   **DANIEL   HARRISON**,   E-mail: dmh1980@protonmail.com.

_____
DAVID C. SILVER