UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-81370-CV-MIDDLEBROOKS

ANDREW HODGES, an individual;
VLADIMIR COOD, an individual;
GAUTAM DESAI, an individual;
JODY POWELL, an individual;
JEFFREY HEBERLING, an individual;
SHAMMI NABUKUMAR, an individual; and
ANTHONY SAJEWICZ, an individual;

    Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO ALLOW TELEPHONIC TESTIMONY AT HEARING

THIS CAUSE is before the Court on Plaintiffs' Motion for Leave to Allow Telephonic Testimony, filed on August 20, 2018. (DE 45). On August 14, 2018, this court granted final default judgment against Defendants Monkey Capital LLC and Monkey Capital, Inc., and scheduled this matter for a hearing to determine the appropriate manner of calculating Plaintiffs' cash damage award. (DE 44). Plaintiffs' request that, to the extent that it may be necessary to "proffer at the August 24, 2018 hearing oral testimony to supplement the written evidence already submitted into the Court record, Plaintiffs – who are geographically dispersed across the United States – respectfully request permission from the Court to appear *telephonically at the* . . . hearing to proffer their testimony and assist the Court in determining the appropriate manner of calculating the value of Plaintiffs' damages." (DE 45 at 2).

Good cause having been shown, Plaintiff's Motion for Leave to Allow Telephonic Testimony (DE 45) is **GRANTED**. Any of the named Plaintiffs in this suit who counsel seeks to call as witnesses on the issue of damages may testify via telephone at the August 24, 2018 hearing.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23 day of August, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:

David C. Silver, Esq. and Jason S. Miller, Esq.
  SILVER MILLER, 11780 W. Sample Road, Coral Springs, FL 33065
  *Counsel for Plaintiffs*

MONKEY CAPITAL, LLC
  c/o Harvard Business Services, Inc., 16192 Coastal Highway, Lewes, DE 19958
  E-mail: dmh1980@protonmail.com

MONKEY CAPITAL, INC.
  c/o Daniel Harrison, 9 Temasek Boulevard, Suntec Tower Two - 31st Floor, Singapore 038989
  E-mail: dmh1980@protonmail.com

DANIEL HARRISON
  London, United Kingdom
  E-mail: dmh1980@protonmail.com