UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-81370-CV-MIDDLEBROOKS

ANDREW HODGES, an individual;
VLADIMIR COOD, an individual;
GAUTAM DESAI, an individual;
JODY POWELL, an individual;
JEFFREY HEBERLING, an individual;
SHAMMI NABUKUMAR, an individual; and
ANTHONY SAJEWICZ, an individual;

  Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;

  Defendants.
_____/

## ORDER TO SET ASIDE CLERK'S ENTRY OF DEFAULT

THIS CAUSE is before the Court *sua sponte*. The Clerk of Court entered default against Defendant Daniel Harrison on May 1, 2018 (DE 35). Thereafter, on July 13, 2018, Defendant Harrison responded to the Amended Complaint (DE 41, DE 42). Because Defendant has indicated his intent to defend against Plaintiffs' claims on the merits, it is hereby

**ORDERED AND ADJUDGED** that the Clerk's Entry of Default as to Daniel Harrison (DE 35) is **VACATED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, West Palm Beach, Florida, this 27 day of August, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

- 2 -

Copies to:

David C. Silver, Esq. and Jason S. Miller, Esq.
  SILVER MILLER, 11780 W. Sample Road, Coral Springs, FL 33065
  *Counsel for Plaintiffs*

MONKEY CAPITAL, LLC
  c/o Harvard Business Services, Inc., 16192 Coastal Highway, Lewes, DE 19958
  E-mail: dmh1980@protonmail.com

MONKEY CAPITAL, INC.
  c/o Daniel Harrison, 9 Temasek Boulevard, Suntec Tower Two - 31st Floor, Singapore 038989
  E-mail: dmh1980@protonmail.com

DANIEL HARRISON
  London, United Kingdom
  E-mail: dmh1980@protonmail.com