UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-81370-CV-MIDDLEBROOKS

ANDREW HODGES, an individual;
VLADIMIR COOD, an individual;
GAUTAM DESAI, an individual;
JODY POWELL, an individual;
JEFFREY HEBERLING, an individual;
SHAMMI NABUKUMAR, an individual; and
ANTHONY SAJEWICZ, an individual;

    Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;

    Defendants.
_____/

## FINAL JUDGMENT AWARDING DAMAGES

THIS CAUSE is before the Court following a hearing held on August 24, 2018 to determine the appropriate measure of calculating damages as a result this court's Order (DE 44) granting final default judgment in favor of Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, SHAMMI NABUKUMAR, and ANTHONY SAJEWICZ and against Defendants MONKEY CAPITAL LLC and MONKEY CAPITAL, INC. as to the claims set forth in the Amended Complaint. For the reasons set forth on record at the hearing, Defendants MONKEY CAPITAL LLC and MONKEY CAPITAL INC. are jointly and severally indebted to Plaintiffs in the following principal sums as of July 13, 2017:

| Name of Plaintiff | Cryptocurrency Wrongfully Taken by Defendants | Value of Cryptocurrency Wrongfully Taken by Defendants ($USD)[1] |
|---|---|---|
| Andrew Hodges | 50.003 bitcoin | $313,613.00 |
| Vladimir Cood | 30 bitcoin | $188,157.00 |
| Gautam Desai | 9.64 bitcoin<br>109,101.99 Waves coins<br>5,105.67 MobileGo coins | $60,461.02<br>$289,241.00<br>$933.78<br>Total: $ 350,635.80 |
| Jody Powell | 8.2 bitcoin | $52,429.50 |
| Shammi Nabukumar | 10 bitcoin | $62,718.90 |
| Anthony Sajewicz | 27.6 bitcoin<br>48 Ether<br>3,000 Waves coins | $173,104.00<br>$21,101.42<br>$7,953.33<br>Total: $202,158.75 |
| **TOTAL PRINCIPAL SUM** | | **$ 1,169,712.95** |

plus pre-judgment interest at the interest rate set forth in Fla. Stat. § 55.03 from July 13, 2017 until the date of this Judgment, plus costs in the amount of $475.00, plus post-judgment interest at the statutory rate prescribed by 28 U.S.C. §1961, for which sum let execution issue forthwith.

This Court reserves jurisdiction to enter further orders, judgments and relief as necessary to enforce this Final Judgment.

---

[1] Valuations were taken on July 13, 2017 from www.CoinMarketCap.com, which takes the volume weighted average of all prices reported at several dozen cryptocurrency markets serving investors in the United States and abroad.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 27 day of August, 2018.

*[signature]*

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:

David C. Silver, Esq. and Jason S. Miller, Esq.
  SILVER MILLER, 11780 W. Sample Road, Coral Springs, FL 33065
  *Counsel for Plaintiffs*

MONKEY CAPITAL, LLC
  c/o Harvard Business Services, Inc., 16192 Coastal Highway, Lewes, DE 19958
  E-mail: dmh1980@protonmail.com

MONKEY CAPITAL, INC.
  c/o Daniel Harrison, 9 Temasek Boulevard, Suntec Tower Two - 31st Floor, Singapore 038989
  E-mail: dmh1980@protonmail.com

DANIEL HARRISON
  London, United Kingdom
  E-mail: dmh1980@protonmail.com