# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### Civil Action No. 9:17-cv-81370-DMM

ANDREW HODGES, an individual;
VLADIMIR COOD, an individual;
GAUTAM DESAI, an individual;
JODY POWELL, an individual;
JEFFREY HEBERLING, an individual;
SHAMMI NABUKUMAR, an individual; and
ANTHONY SAJEWICZ, an individual;

    Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;

    Defendants.
_____/

## PLAINTIFFS' STATUS REPORT

Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, SHAMMI NABUKUMAR, and ANTHONY SAJEWICZ ("Plaintiffs"); by and through their undersigned counsel and pursuant to this Court's November 2, 2018 "Paperless Order Requiring Status Report" (Docket Entry No. ["DE"] 51) (the "Order"); hereby file this Status Report advising the Court of recent progress in this litigation.

As the Court noted in its Order, a Final Judgment Awarding Damages [DE 50] was entered on August 27, 2018 in favor of Plaintiffs against Defendant MONKEY CAPITAL, LLC, a Delaware limited liability company; and Defendant MONKEY CAPITAL, INC., a foreign corporation. Following entry of that Final Judgment, the only defendant remaining in the case is Defendant DANIEL HARRISON, an individual who is representing his own legal interests in this matter.

On October 3, 2018, Plaintiffs served upon Defendant HARRISON the following discovery requests in pursuit of documents and information relevant to the dispute between Plaintiffs and

Defendant HARRISON: (1) Plaintiffs' First Request for Production of Documents, (2) Plaintiffs' First Set of Interrogatories, and (3) Plaintiffs' First Request for Admissions.

Plaintiffs anticipate filing a Motion for Summary Judgment in November 2018; and, if the Motion for Summary Judgment does not resolve all outstanding issues, will be prepared to try the case as scheduled in February 2019.

To the extent the Court has additional questions concerning the pretrial progress of this matter, undersigned counsel will make themselves available for a Status Conference at the Court's convenience.

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:   (954) 516-6000

By: _____
DAVID C. SILVER
Florida Bar No. 572764
E-mail:  DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail:  JMiller@SilverMillerLaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this  8th  day of November 2018 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **DANIEL HARRISON**, *Pro Se Defendant*, The Sloane Club, Lower Sloane Street, Chelsea, London, England, SW1W 8BS, E-mail: dmh1980@protonmail.com.

_____
DAVID C. SILVER