# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### Civil Action No. 9:17-cv-81370-DMM

ANDREW HODGES, an individual; VLADIMIR COOD, an individual;
GAUTAM DESAI, an individual; JODY POWELL, an individual;
JEFFREY HEBERLING, an individual; SHAMMI NABUKUMAR, an individual; and
ANTHONY SAJEWICZ, an individual;

   Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;

   Defendants.

_____/

## PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT DANIEL HARRISON

  Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, SHAMMI NABUKUMAR, and ANTHONY SAJEWICZ ("Plaintiffs"); by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1; submit this statement of undisputed material facts in conjunction with their Motion for Summary Judgment against Defendant DANIEL HARRISON, an individual ("Defendant HARRISON").

### DANIEL HARRISON IS A "CONTROL PERSON" OF THE CORPORATE DEFENDANTS

  1.  Defendant HARRISON created MONKEY CAPITAL, LLC.[1]

  2.  Defendant HARRISON created MONKEY CAPITAL, INC.[2]

---

[1] December 28, 2018 Declaration of David C. Silver ("Silver Decl.") at ¶ 3 and Exhibit "A" thereto [Plaintiffs' October 3, 2018 First Request for Admissions from Defendant Daniel Harrison ("RFA")] at Request No. 1. Defendant HARRISON provided no response or objection to the RFA. Therefore, all of the requests are deemed admitted. Fed.R.Civ.P. 36(a)(3) ("A matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney.").

[2] *Id.* at Request No. 2.

3. During the Applicable Time Period, Defendant HARRISON managed MONKEY CAPITAL, LLC's business affairs.[3]

4. During the Applicable Time Period, Defendant HARRISON managed MONKEY CAPITAL, INC.'s business affairs.[4]

5. During the Applicable Time Period, Defendant HARRISON managed Monkey Capital.[5]

6. During the Applicable Time Period, Defendant HARRISON controlled the development of Monkey Capital.[6]

7. Monkey Capital's managerial efforts were essential to the success of its enterprise.[7]

8. Defendant HARRISON's efforts in managing Monkey Capital were essential to the success of the enterprise.[8]

9. The address on the Waves DEX to which Monkey Capital investors sent their investment assets was a wallet Defendant HARRISON owned.[9]

**DEFENDANT HARRISON'S OFFER OR SALE OF SECURITIES**

10. Defendant HARRISON solicited people to invest in Monkey Capital.[10]

11. Defendant HARRISON solicited people to invest in Monkey Capital at a valuation premium before the Monkey Capital ICO.[11]

---

[3] *Id.* at Request No. 3.
[4] *Id.* at Request No. 4.
[5] *Id.* at Request No. 5.
[6] *Id.* at Request No. 27.
[7] *Id.* at Request No. 6.
[8] *Id.* at Request No. 7.
[9] *Id.* at Request No. 29.
[10] *Id.* at Request No. 8.
[11] *Id.* at Request No. 9.

12. Defendant HARRISON solicited people to invest in the Monkey Capital ICO.[12]

13. Defendant HARRISON solicited people to invest in Coeval ("COE").[13]

14. Defendant HARRISON solicited people to invest in Monkey Coin ("MNY").[14]

15. Defendant HARRISON represented to Monkey Capital investors that MNY would increase in value if Monkey Capital were to get its efforts right.[15]

16. However, the Monkey Capital ICO did not take place.[16]

### PLAINTIFFS INVESTED MONEY IN A COMMON ENTERPRISE WITH THE EXPECTATION OF PROFITS FROM THE EFFORTS OF OTHERS

#### Hodges

17. Plaintiff ANDREW HODGES invested in Monkey Capital.[17]

18. Plaintiff ANDREW HODGES' investment funds were pooled with funds of other investors in an effort by Monkey Capital to secure a profit for itself and the investors.[18]

19. Defendant HARRISON believes that Plaintiff ANDREW HODGES expected to garner financial profit from his investment in Monkey Capital.[19]

20. Plaintiff ANDREW HODGES' investment fortunes, as they related to Monkey Capital, depended upon Monkey Capital's efforts in making its business a success.[20]

#### Cood

21. Plaintiff VLADIMIR COOD invested in Monkey Capital.[21]

---

[12] *Id.* at Request No. 10.
[13] *Id.* at Request No. 11.
[14] *Id.* at Request No. 12.
[15] *Id.* at Request No. 26.
[16] *Id.* at Request No. 28.
[17] *Id.* at Request No. 13.
[18] *Id.* at Request No. 49.
[19] *Id.* at Request No. 14.
[20] *Id.* at Request No. 15.
[21] *Id.* at Request No. 16.

SILVER MILLER
11780 West Sample Road • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com

22. Plaintiff VLADIMIR COOD's investment funds were pooled with funds of other investors in an effort by Monkey Capital to secure a profit for itself and the investors.[22]

23. Defendant HARRISON believes that Plaintiff VLADIMIR COOD expected to garner financial profit from his investment in Monkey Capital.[23]

### Desai

24. Plaintiff GAUTAM DESAI invested in Monkey Capital.[24]

25. Plaintiff GAUTAM DESAI's investment funds were pooled with funds of other investors in an effort by Monkey Capital to secure a profit for itself and the investors.[25]

26. Defendant HARRISON believes that Plaintiff GAUTAM DESAI expected to garner financial profit from his investment in Monkey Capital.[26]

### Powell

27. Plaintiff JODY POWELL invested in Monkey Capital.[27]

28. Plaintiff JODY POWELL's investment funds were pooled with funds of other investors in an effort by Monkey Capital to secure a profit for itself and the investors.[28]

29. Defendant HARRISON believes that Plaintiff JODY POWELL expected to garner financial profit from his investment in Monkey Capital.[29]

### Nabukumar

30. Plaintiff SHAMMI NABUKUMAR invested in Monkey Capital.[30]

---

[22] *Id.* at Request No. 50.
[23] *Id.* at Request No. 17.
[24] *Id.* at Request No. 18.
[25] *Id.* at Request No. 51.
[26] *Id.* at Request No. 19.
[27] *Id.* at Request No. 20.
[28] *Id.* at Request No. 52.
[29] *Id.* at Request No. 21.
[30] *Id.* at Request No. 22.

31. Plaintiff SHAMMI NABUKUMAR's investment funds were pooled with funds of other investors in an effort by Monkey Capital to secure a profit for itself and the investors.[31]

32. Defendant HARRISON believes that Plaintiff SHAMMI NABUKUMAR expected to garner financial profit from his investment in Monkey Capital.[32]

### Sajewicz

33. Plaintiff ANTHONY SAJEWICZ invested in Monkey Capital.[33]

34. Plaintiff ANTHONY SAJEWICZ's investment funds were pooled with funds of other investors in an effort by Monkey Capital to secure a profit for itself and the investors.[34]

35. Defendant HARRISON believes that Plaintiff ANTHONY SAJEWICZ expected to garner financial profit from his investment in Monkey Capital.[35]

### DEFENDANTS HAD NO REGISTRATION STATEMENT OR EXEMPTION THEREFROM

36. Monkey Capital did not register its business with the U.S. Securities and Exchange Commission.[36]

37. Monkey Capital did not register its business with any state securities regulator (*e.g.*, New York, Delaware, Florida) in the United States.[37]

38. Monkey Capital did not obtain from the U.S. Securities and Exchange Commission any exemption from registering its business.[38]

---

[31] *Id.* at Request No. 53.
[32] *Id.* at Request No. 23.
[33] *Id.* at Request No. 24.
[34] *Id.* at Request No. 54.
[35] *Id.* at Request No. 25.
[36] *Id.* at Request No. 30.
[37] *Id.* at Request No. 31.
[38] *Id.* at Request No. 32.

39. Monkey Capital did not obtain from any state securities regulator (*e.g.*, New York, Delaware, Florida) in the United States an exemption from registering its business.[39]

40. Monkey Capital did not register with the U.S. Securities and Exchange Commission any of the tokens that Monkey Capital issued.[40]

41. Monkey Capital did not register with any state securities regulator (*e.g.*, New York, Delaware, Florida) in the United States any of the tokens that Monkey Capital issued.[41]

42. Monkey Capital did not obtain from the U.S. Securities and Exchange Commission a registration exemption for any of the tokens that Monkey Capital issued.[42]

43. Monkey Capital did not obtain from any state securities regulator (*e.g.*, New York, Delaware, Florida) in the United States a registration exemption for any of the tokens that Monkey Capital issued.[43]

44. Monkey Capital did not register with the U.S. Securities and Exchange Commission any of the COE that Monkey Capital issued.[44]

45. Monkey Capital did not register with any state securities regulator (*e.g.*, New York, Delaware, Florida) in the United States any of the COE that Monkey Capital issued.[45]

46. Monkey Capital did not obtain from the U.S. Securities and Exchange Commission a registration exemption for any of the COE that Monkey Capital issued.[46]

---

[39] *Id.* at Request No. 33.
[40] *Id.* at Request No. 34.
[41] *Id.* at Request No. 35.
[42] *Id.* at Request No. 36.
[43] *Id.* at Request No. 37.
[44] *Id.* at Request No. 38.
[45] *Id.* at Request No. 39.
[46] *Id.* at Request No. 40.

**SILVER MILLER**
11780 West Sample Road • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com

47. Monkey Capital did not obtain from any state securities regulator (*e.g.*, New York, Delaware, Florida) in the United States a registration exemption for any of the COE that Monkey Capital issued.[47]

48. Monkey Capital did not register with the U.S. Securities and Exchange Commission any of the MNY that Monkey Capital issued.[48]

49. Monkey Capital did not register with any state securities regulator (*e.g.*, New York, Delaware, Florida) in the United States any of the MNY that Monkey Capital issued.[49]

50. Monkey Capital did not obtain from the U.S. Securities and Exchange Commission a registration exemption for any of the MNY that Monkey Capital issued.[50]

51. Monkey Capital did not obtain from any state securities regulator (*e.g.*, New York, Delaware, Florida) in the United States a registration exemption for any of the MNY that Monkey Capital issued.[51]

**DEFENDANTS USED INTERSTATE COMMERCE IN CONNECTION WITH SALE OF SECURITIES**

52. Monkey Capital used electronic means to offer for sale across the United States the tokens that Monkey Capital issued.[52]

53. Monkey Capital used electronic means to offer for sale across the United States the COE that Monkey Capital issued.[53]

---

[47] *Id.* at Request No. 41.
[48] *Id.* at Request No. 42.
[49] *Id.* at Request No. 43.
[50] *Id.* at Request No. 44.
[51] *Id.* at Request No. 45.
[52] *Id.* at Request No. 46.
[53] *Id.* at Request No. 47.

54. Monkey Capital used electronic means to offer for sale across the United States the MNY that Monkey Capital issued.[54]

## ADDITIONAL FACTS

55. Monkey Capital now operates under the name Dunaton.[55]

56. During the Applicable Time Period, Defendant HARRISON has used the Twitter account @dmhco.[56]

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

By: _____
DAVID C. SILVER
Florida Bar No. 572764
E-mail:  DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail:  JMiller@SilverMillerLaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this   28th   day of December 2018 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **DANIEL HARRISON**, *Pro Se Defendant*, The Sloane Club, Lower Sloane Street, Chelsea, London, England, SW1W 8BS, E-mail: dmh1980@protonmail.com.

_____
DAVID C. SILVER

---

[54] *Id.* at Request No. 48.
[55] *Id.* at Request No. 55.
[56] *Id.* at Request No. 56.