**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 17-81370-CV-MIDDLEBROOKS/Brannon

ANDREW HODGES, et al,

    Plaintiffs,

v.

MONKEY CAPITAL, LLC,
MONKEY CAPITAL, INC., and
DANIEL HARRISON,

    Defendants.
_____/

**ORDER INSTRUCTING PRO SE LITIGANT CONCERNING**
**RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

THIS CAUSE is before the Court upon the Plaintiff's Motion for Summary Judgment (DE 54). In accordance with *Griffith v. Wainwright*, 772 F.2d 822, 824 (11th Cir. 1985), this Court gives Defendant Daniel Harrison (a *pro se* litigant) notice of the right to file affidavits and other materials in opposition to a motion for summary judgment, *see Echeverria v. BAC Home Loans Servicing*, LP, 523 F. App'x 675, 678 (11th Cir. 2013), as follows:

Summary judgment motions are governed by Rule 56 of the Federal Rules of Civil Procedure. The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a). The deadline for Defendant Harrison to respond to the Plaintiff's Motion for Summary Judgment is January 11, 2019.

A party asserting that a fact is genuinely disputed must support the assertion by: "citing to particular parts of materials in the record, including depositions, documents, electronically stored information, affidavits or declarations, stipulations (including those made for purposes of

the motion only), admissions, interrogatory answers, or other materials," or by showing that the materials cited do not establish the absence of a genuine dispute or that an adverse party cannot produce admissible evidence to support the fact. *See* Fed. R. Civ. P. 56(c).  In addition, the Court draws Defendant's attention to Rule 56(e), which provides as follows:

> If a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact as required by Rule 56(c), the court may: (1) give an opportunity to properly support or address the fact; (2) consider the fact undisputed for purposes of the motion; (3) grant summary judgment if the motion and supporting materials--including the facts considered undisputed--show that the movant is entitled to it; or (4) issue any other appropriate order.

Fed. R. Civ. P. 56(e). If the Court grants Plaintiff's Motion for Summary Judgment, final judgment may be entered for Plaintiff without a hearing or trial.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant shall file with the Court the following items ***on or before January 11, 2019:*** (1) a Memorandum of Law in opposition to Plaintiffs' Motion; (2) necessary sworn affidavits and other appropriate materials in opposition to the motion; and (3) a Statement of Material Facts which contends that there is a genuine issue of material fact to be tried, in accordance with Local Rule 56.1.

2. If Defendant fails to submit the necessary sworn affidavits or a concise statement of material facts, this Court may accept all material facts set forth in Plaintiff's Statement of Material Facts as true in accordance with the Local Rule 56.1(b), provided there is supporting evidence in the record for Plaintiff's statements.

3. The Parties are reminded that this case is set for trial during this Court's two-week trial calendar commencing February 19, 2019.

5. Plaintiffs' counsel is **DIRECTED** to serve this Order on Defendant Harrison via email (or other reliable means) no later than January 7, 2019, and file a Notice of Compliance in the court record by that date stating the manner in which service was accomplished.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 4th day of January, 2019.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record

**Daniel Harrison**, *pro se*
THE SLOANE CLUB
LOWER SLOANE STREET
CHELSEA, LONDON
SW1W 8BS