# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### Civil Action No. 9:17-cv-81370-DMM

ANDREW HODGES, an individual; VLADIMIR COOD, an individual;
GAUTAM DESAI, an individual; JODY POWELL, an individual;
JEFFREY HEBERLING, an individual; SHAMMI NABUKUMAR, an individual;
and ANTHONY SAJEWICZ, an individual;
    Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;
    Defendants.
_____/

## PLAINTIFFS' MOTION FOR STATUS CONFERENCE

Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, SHAMMI NABUKUMAR, and ANTHONY SAJEWICZ ("Plaintiffs"); by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.1, hereby move this Honorable Court for entry of an Order scheduling a Status Conference to discuss numerous outstanding motions and the upcoming February 19, 2019 commencement of the jury trial scheduled against Defendant DANIEL HARRISON ("Defendant HARRISON"), the one remaining defendant in this action.

In furtherance of their motion, Plaintiffs state:

1. A Final Judgment Awarding Damages in the total principal sum of $1,169,712.95 has already been entered in this matter in favor of Plaintiffs against Defendants MONKEY CAPITAL, LLC, a Delaware limited liability company; and MONKEY CAPITAL, INC., a foreign corporation (the "Monkey Capital Defendants"), relating to Plaintiffs' investments with the defendants.[1]

---

[1] *See*, Docket Entry No. ("DE") 50.

2.      A jury trial in this action is currently scheduled to commence on February 19, 2019 (Tuesday) against Defendant HARRISON, the one remaining defendant in this action.[2]  Defendant HARRISON owns, operates, and controls the Monkey Capital Defendants; and the Court has already ruled that "Daniel Harrison -- on behalf of himself and the Monkey Capital Defendants -- by acts of omission and commission, made false statements to Plaintiffs concerning material facts about their investments in Monkey Capital."[3]

3.      As of the date of filing this motion, numerous motions remain outstanding that would affect, or obviate, the scheduled trial against Defendant HARRISON, including the following:

| DESCRIPTION | DOCKET ENTRY NO. |
|---|---|
| **Plaintiffs' Motion for Summary Judgment against Defendant Harrison** | **54** |
| Plaintiffs' Motion to Compel Discovery Responses from Defendant Harrison | 53 |

4.      Of the above-cited motions, the Motion for Summary Judgment is paramount, as it is a dispositive motion that, if granted, would eliminate the need for trial.  The Motion for Summary Judgment will be fully briefed later this week with the filing of Plaintiffs' reply brief, though Plaintiffs' reply brief will merely address Defendant HARRISON's failure to adequately satisfy his burden to oppose the Motion for Summary Judgment as required by the Federal Rules of Civil Procedure, applicable case law, and this Court's own "Order Instructing *Pro Se* Litigant Concerning Response to Motion for Summary Judgment."[4]

5.      With regard to the other pending motion, the Court can easily dispatch it without further briefing, as Defendant HARRISON served no response to the Motion to Compel.

---

[2] *See*, DE 25.  The Court has scheduled Calendar Call for February 13, 2019 (Wednesday).

[3] *See*, DE 44 at pg. 17.

[4] *See*, DE 57

WHEREFORE, Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, SHAMMI NABUKUMAR, and ANTHONY SAJEWICZ; respectfully move this Honorable Court for entry of an Order:

(a) scheduling a Status Conference to discuss outstanding matters and the upcoming jury trial scheduled against Defendant DANIEL HARRISON ("Defendant HARRISON"), the one remaining defendant in this action; and

(b) awarding such further relief as the Court deems just and appropriate.

## CERTIFICATE OF GOOD FAITH

In accordance with Rule 7.1(a)(3) of the Local Rules of the U.S. Dist. Ct. - Southern District of Florida, the undersigned attorneys for Plaintiffs certify that in good faith, before filing this motion, they contacted Defendant Daniel Harrison via electronic mail -- providing a draft copy of this motion and requesting that Defendant Harrison provide undersigned counsel any written objection Defendant Harrison has to the relief requested. Mr. Harrison received the electronic mail message and draft motion attached thereto but did not provide any response.

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

By:  */s/ David C. Silver*
        DAVID C. SILVER
        Florida Bar No. 572764
        E-mail:  DSilver@SilverMillerLaw.com
        JASON S. MILLER
        Florida Bar No. 072206
        E-mail: JMiller@SilverMillerLaw.com

   *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __28th__ day of January 2019 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **DANIEL HARRISON**, *Pro Se Defendant*, The Sloane Club, Lower Sloane Street, Chelsea, London, England, SW1W 8BS, E-mail: dmh1980@protonmail.com.

         */s/ David C. Silver*
         DAVID C. SILVER