# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

**Civil Action No. 9:17-cv-81370-DMM**

ANDREW HODGES, an individual;
VLADIMIR COOD, an individual;
GAUTAM DESAI, an individual;
JODY POWELL, an individual;
JEFFREY HEBERLING, an individual;
SHAMMI NABUKUMAR, an individual; and
ANTHONY SAJEWICZ, an individual;
    Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;
    Defendants.
_____/

---

## PLAINTIFFS' MEMORANDUM OF LAW IN REPLY TO DEFENDANT DANIEL HARRISON's OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT DANIEL HARRISON

---

    Respectfully submitted,

DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com
**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:    (954) 516-6000

*Counsel for Plaintiffs*

Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, SHAMMI NABUKUMAR, and ANTHONY SAJEWICZ ("Plaintiffs"); by and through their undersigned attorneys, and pursuant to Rule 7 of the Federal Rules of Civil Procedure and S.D. Fla. Local Rule 7.1, hereby file this Memorandum of Law in reply to the filing presented by Defendant DANIEL HARRISON, an individual ("Defendant HARRISON")[1], in opposition to Plaintiffs' Motion for Summary Judgment against Defendant HARRISON (the "Motion").[2] In filing his opposition paper (the "HARRISON Memo"), Defendant HARRISON failed to adequately satisfy his burden to oppose the Motion as required by the Federal Rules of Civil Procedure, applicable case law, and this Court's own "Order Instructing *Pro Se* Litigant Concerning Response to Motion for Summary Judgment."[3] Because the Motion remains essentially and effectively unopposed, it is incumbent upon the Court to enter a judgment in Plaintiffs' favor and against Defendant HARRISON.

## I. INTRODUCTION

The Court has already entered a Final Judgment against Defendants MONKEY CAPITAL, LLC and MONKEY CAPITAL, INC., determining that those entities controlled and operated by Defendant HARRISON are liable to Plaintiffs in the total principal sum of $1,169,712.95 for the following civil violations:

- Violation of Section 12(a) of the Securities Act of 1933
- Rescission of Contract
- Unregistered Offer and Sale of Securities in Violation of Fla. Stat. §§ 517.011, *et seq.*
- Violation of Florida's Deceptive and Unfair Trade Practices Act, Chapter 501, § 211(1) Fla. Stat. ("FDUTPA")

---

[1] Docket Entry No. ("DE") 59.

[2] DE 54.

[3] DE 57

- 1 -

**SILVER MILLER**
11780 West Sample Road • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com

- Fraudulent Inducement
- Conversion

The Court has also already made a finding of fact in that Final Judgment that in inflicting the harm suffered by Plaintiffs, **Defendant HARRISON acted in his individual capacity** as well as acted as the person through whom the corporate defendants committed their wrongful acts.[4]

In light of the findings of fact included within the Final Judgment as well as additional undisputed facts in the record[5], Plaintiffs filed their Motion, requesting this Honorable Court enter summary judgment in their favor and against Defendant HARRISON on the claims asserted by Plaintiffs in their Amended Complaint[6] herein.

Defendant HARRISON responded to the Motion by filing the HARRISON Memo. Despite its length, the HARRISON Memo fails to meet the legal standards required to properly overcome a well-founded Motion for Summary Judgment.

As grounds therefor, Plaintiffs state the following:

## II. LEGAL ARGUMENT

To adequately oppose a Motion for Summary Judgment, the nonmoving party "must do more than simply show that there is some metaphysical doubt as to the material facts."[7]  "A party asserting that a fact cannot be or is genuinely disputed must support the assertion by citing to particular parts of materials in the record . . . or showing that the materials cited do not establish the absence or presence of a genuine dispute, or that an adverse party cannot produce admissible

---

[4] *See*, *e.g.*, DE 44 at 17 ("Daniel Harrison -- on behalf of himself and the Monkey Capital Defendants -- by acts of both omission and commission, made false statements to Plaintiffs concerning material facts about their investments in Monkey Capital."). *See also*, DE 55 (Plaintiffs' Statement of Undisputed Material Facts in support of Motion), which Defendant HARRISON has not opposed with his own Statement of Undisputed Material Facts as required by the Rules and the Court.

[5] DE 55.

[6] DE 28.

[7] *Matsushita Electronic Industrial Co. v. Zenith Radio Corp.*, 475 U.S. 574, 586 (1986).

- 2 -

**Silver Miller**
11780 West Sample Road • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com

evidence to support the fact."[8]  "A mere 'scintilla' of evidence supporting the opposing party's position will not suffice; there must be enough of a showing that the jury could reasonably find for that party."[9]  If the evidence advanced by the non-moving party "is merely colorable, or is not significantly probative, then summary judgment may be granted."[10]

Here, Defendant HARRISON presents nothing in his Memo that sufficiently warrants denial of Plaintiffs' Motion.  He injects into the record no verifiable evidence independent of his own rambling narrative speculating about global conspiracies of which he claims to be a target.[11]  The undisputed facts presented by Plaintiffs in support of their Motion remain functionally undisputed, and no legal obstacles stand between Plaintiffs and the relief they have requested.

The Court set forth in exacting detail for Defendant HARRISON the evidentiary standard he had to satisfy to properly carry his burden in opposing Plaintiffs' Motion.[12]  Notwithstanding the Court's clear guidance, Defendant HARRISON failed to meet his burden.  As a result of the foregoing, Defendant HARRISON should be held liable for the harms set forth in the Amended Complaint; and the Court should enter a Final Judgment against Defendant HARRISON without a hearing or a trial.

### III.   CONCLUSION

WHEREFORE, for all the reasons stated above as well as those set forth in their Motion for Summary Judgment [DE 54] as well as the documents submitted in connection therewith, Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, SHAMMI

---

[8] Fed.R.Civ.P. 56(c)(1)(A) and (B).

[9] *Walker v. Darby*, 911 F.2d 1573, 1577 (11th Cir. 1990).

[10] *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249-50 (1986).

[11] The Court is reminded that when Plaintiffs requested from Defendant HARRISON the documents and evidence in his possession that relate to this dispute, Defendant HARRISON refused to respond; and he never produced any such evidence in this case.  *See*, DE 53.

[12] DE 57.

Case No. 9:17-cv-81370-DMM

NABUKUMAR, and ANTHONY SAJEWICZ, respectfully request this Honorable Court enter an Order:

(a) Awarding summary judgment in their favor and against Defendant DANIEL HARRISON, an individual, on the claims asserted by Plaintiffs in their Amended Complaint in the principal sum of $1,169,712.95;

(b) Awarding pre-judgment and post-judgment interest on the above-enumerated sum;

(c) Awarding Plaintiffs all costs incurred associated with Plaintiffs' efforts to obtain restitution from Defendants; and

(d) Entering such other relief as the Court deems just and proper.

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

By:  /s/ David C. Silver
      DAVID C. SILVER
      Florida Bar No. 572764
      E-mail:  DSilver@SilverMillerLaw.com
      JASON S. MILLER
      Florida Bar No. 072206
      E-mail: JMiller@SilverMillerLaw.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __29th__ day of January 2019 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **DANIEL HARRISON**, *Pro Se Defendant*, The Sloane Club, Lower Sloane Street, Chelsea, London, England, SW1W 8BS, E-mail: dmh1980@protonmail.com.

      /s/ David C. Silver
      DAVID C. SILVER