# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### Civil Action No. 9:17-cv-81370-DMM

ANDREW HODGES, an individual; VLADIMIR COOD, an individual;
GAUTAM DESAI, an individual; JODY POWELL, an individual;
JEFFREY HEBERLING, an individual; SHAMMI NABUKUMAR, an individual; and
ANTHONY SAJEWICZ, an individual;

     Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;

     Defendants.

_____/

## PLAINTIFFS' NOTICE OF INTENT REGARDING
## COUNTS III, VI, AND VII IN AMENDED COMPLAINT

Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, SHAMMI NABUKUMAR, and ANTHONY SAJEWICZ ("Plaintiffs"); by and through undersigned counsel and in compliance with this Court's February 8, 2019 Order on Plaintiffs' Motion for Summary Judgment [Docket Entry No. ("DE") 64], hereby memorialize their intent of how they wish to advance/dispose of the claims against Defendant DANIEL HARRISON that remain unadjudicated in this matter (Counts III, VI, and VII of the Amended Complaint) in advance of the trial scheduled to commence on February 19, 2019.

Having already obtained entry of a Final Judgment against Defendants MONKEY CAPITAL, LLC and MONKEY CAPITAL, INC. [DE 50], determining that those entities controlled and operated by Defendant DANIEL HARRISON are liable to Plaintiffs in the total principal sum of $1,169,712.95 for the following civil violations:

- Violation of Section 12(a) of the Securities Act of 1933
- Rescission of Contract

- Unregistered Offer and Sale of Securities in Violation of Fla. Stat. §§ 517.011, *et seq*.

- Violation of Florida's Deceptive and Unfair Trade Practices Act, Chapter 501, § 211(1) Fla. Stat. ("FDUTPA")

- Fraudulent Inducement

- Conversion

and having obtained a Final Judgment against Defendant DANIEL HARRISON individually [DE 64] in the total principal sum of $1,169,712.95 for the following civil violations:

- Violation of Section 12(a) of the Securities Act of 1933

- Violation of Section 15(a) of the Securities Act of 1933

- Alter Ego Liability

- Unregistered Offer and Sale of Securities in Violation of Fla. Stat. §§ 517.011, *et seq*.

- Conversion

Plaintiffs hereby express their willingness to withdraw/dismiss without prejudice Counts III, VI, and VII against Defendant DANIEL HARRISON, thus sparing the Court from having to expend any of its judicial resources conducting a trial on those claims. A separate Notice of Dismissal Without Prejudice will be filed by Plaintiffs further memorializing their decision.

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:  (954) 516-6000

By:  */s/ David C. Silver*
DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com

*Counsel for Plaintiffs*

Case No. 9:17-cv-81370-DMM

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this   12th   day of February 2019 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **DANIEL HARRISON**, *Pro Se Defendant*, The Sloane Club, Lower Sloane Street, Chelsea, London, England, SW1W 8BS, E-mail: dmh1980@protonmail.com.

 /s/ David C. Silver  
DAVID C. SILVER

**SILVER MILLER**
11780 West Sample Road • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com