# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### Civil Action No. 9:17-cv-81370-DMM

ANDREW HODGES, an individual; VLADIMIR COOD, an individual;
GAUTAM DESAI, an individual; JODY POWELL, an individual;
JEFFREY HEBERLING, an individual; SHAMMI NABUKUMAR, an individual; and
ANTHONY SAJEWICZ, an individual;

      Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;

      Defendants.

_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COUNTS III, VI, AND VII IN AMENDED COMPLAINT AGAINST DEFENDANT DANIEL HARRISON ONLY

WHEREAS, with Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, SHAMMI NABUKUMAR, and ANTHONY SAJEWICZ ("Plaintiffs") having already obtained entry of a Final Judgment against Defendants MONKEY CAPITAL, LLC and MONKEY CAPITAL, INC. [DE 50], determining that those entities controlled and operated by Defendant DANIEL HARRISON are liable to Plaintiffs in the total principal sum of $1,169,712.95 for the following civil violations:

- Violation of Section 12(a) of the Securities Act of 1933
- Rescission of Contract
- Unregistered Offer and Sale of Securities in Violation of Fla. Stat. §§ 517.011, *et seq.*
- Violation of Florida's Deceptive and Unfair Trade Practices Act, Chapter 501, § 211(1) Fla. Stat. ("FDUTPA")
- Fraudulent Inducement
- Conversion; and

Case No. 9:17-cv-81370-DMM

WHEREAS, with Plaintiffs having obtained a Final Judgment against Defendant DANIEL HARRISON individually [DE 64] in the total principal sum of $1,169,712.95 for the following civil violations:

- Violation of Section 12(a) of the Securities Act of 1933
- Violation of Section 15(a) of the Securities Act of 1933
- Alter Ego Liability
- Unregistered Offer and Sale of Securities in Violation of Fla. Stat. §§ 517.011, *et seq.*
- Conversion

WHEREFORE, Plaintiffs, by and through undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby withdraw and agree to DISMISS WITHOUT PREJUDICE Counts III, VI, and VII in the Amended Complaint against Defendant DANIEL HARRISON. Each party shall bear his own costs and attorneys' fees in this matter, **and the Court shall retain jurisdiction over this matter to enter any other Orders the Court deems just and proper.**

This dismissal is <u>not</u> intended to have any effect on any other claims in this litigation.

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

By:   */s/ David C. Silver*
          DAVID C. SILVER
          Florida Bar No. 572764
          E-mail:  DSilver@SilverMillerLaw.com
          JASON S. MILLER
          Florida Bar No. 072206
          E-mail: JMiller@SilverMillerLaw.com

*Counsel for Plaintiffs*

Case No. 9:17-cv-81370-DMM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __12th__ day of February 2019 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **DANIEL HARRISON**, *Pro Se Defendant*, The Sloane Club, Lower Sloane Street, Chelsea, London, England, SW1W 8BS, E-mail: dmh1980@protonmail.com.

>  */s/ David C. Silver*
> DAVID C. SILVER