UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-81370-CV-MIDDLEBROOKS

ANDREW HODGES, an individual;
VLADIMIR COOD, an individual;
GAUTAM DESAI, an individual;
JODY POWELL, an individual;
JEFFREY HEBERLING, an individual;
SHAMMI NABUKUMAR, an individual; and
ANTHONY SAJEWICZ, an individual;

    Plaintiffs,

v.

MONKEY CAPITAL, LLC, a Delaware limited liability company;
MONKEY CAPITAL, INC., a foreign corporation;
and DANIEL HARRISON, an individual;

    Defendants.
_____/

## FINAL JUDGMENT AWARDING DAMAGES

THIS CAUSE is before the Court following the Order on Plaintiffs' Motion for Summary Judgment, entered February 8, 2019. (DE 64).

I previously granted final default judgment against Defendants MONKEY CAPITAL LLC and MONKEY CAPITAL, INC. as to the claims set forth in the Amended Complaint (DE 44), and I held a hearing August 24, 2018 to determine the appropriate measure of calculating damages. I then granted summary judgment in Plaintiffs' favor and against Defendant DANIEL HARRISON as to Counts I, II, IV, V, and VIII of the Amended Complaint, and Plaintiffs' later voluntarily dismissed Counts III, VI, and VII. (DE 67).

I provided Defendant Harrison with an opportunity to present to the Court any evidence or argument on the issue of damages on or by February 18, 2019, however he has filed no statement regarding his position on the proposed damages calculations. Therefore, for the

reasons previously set forth on the record in this matter, it is **ORDERED AND ADJUDGED that:**

1. Final judgment is entered in favor of Plaintiffs ANDREW HODGES, VLADIMIR COOD, GAUTAM DESAI, JODY POWELL, SHAMMI NABUKUMAR, and ANTHONY SAJEWICZ and against Defendant DANIEL HARRISON as to Counts I, II, IV, V and VIII of the Amended Complaint.
2. Counts III, VI, and VII of the Amended Complaint are **DISMISSED**.
3. Defendant DANIEL HARRISON shall be jointly and severally indebted to Plaintiffs in the following principal sums as of July 13, 2017:

| Name of Plaintiff | Cryptocurrency Wrongfully Taken by Defendants | Value of Cryptocurrency Wrongfully Taken by Defendants ($USD)[1] |
|---|---|---|
| Andrew Hodges | 50.003 bitcoin | $313,613.00 |
| Vladimir Cood | 30 bitcoin | $188,157.00 |
| Gautam Desai | 9.64 bitcoin<br>109,101.99 Waves coins<br>5,105.67 MobileGo coins | $60,461.02<br>$289,241.00<br>$933.78<br>Total: $ 350,635.80 |
| Jody Powell | 8.2 bitcoin | $52,429.50 |
| Shammi Nabukumar | 10 bitcoin | $62,718.90 |
| Anthony Sajewicz | 27.6 bitcoin<br>48 Ether<br>3,000 Waves coins | $173,104.00<br>$21,101.42<br>$7,953.33<br>Total: $202,158.75 |
| **TOTAL PRINCIPAL SUM** | | **$ 1,169,712.95** |

---

[1] Valuations were taken on July 13, 2017 from www.CoinMarketCap.com, which takes the volume weighted average of all prices reported at several dozen cryptocurrency markets serving investors in the United States and abroad.

- 3 -

plus pre-judgment interest at the interest rate set forth in Fla. Stat. § 55.03 from July 13, 2017 until the date of this Judgment, plus costs in the amount of $475.00, plus post-judgment interest at the statutory rate prescribed by 28 U.S.C. §1961, for which sum let execution issue forthwith.

4. This Court reserves jurisdiction to enter further orders, judgments and relief as necessary to enforce this Final Judgment.

5. The Clerk of Court is directed to **CLOSE THIS CASE.**

6. All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 26 day of February, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:

David C. Silver, Esq. and Jason S. Miller, Esq.
  SILVER MILLER, 11780 W. Sample Road, Coral Springs, FL 33065
  *Counsel for Plaintiffs*

MONKEY CAPITAL, LLC
  c/o Harvard Business Services, Inc., 16192 Coastal Highway, Lewes, DE 19958
  E-mail: dmh1980@protonmail.com

MONKEY CAPITAL, INC.
  c/o Daniel Harrison, 9 Temasek Boulevard, Suntec Tower Two - 31st Floor, Singapore 038989
  E-mail: dmh1980@protonmail.com

DANIEL HARRISON
  London, United Kingdom
  E-mail: dmh1980@protonmail.com