1
                        UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA

2

                      CASE NO. 17-CV-81370-DMM

3

ANDREW HODGES,

4
                               West Palm Beach, Florida
        Plaintiff(s),

5
                               August 24, 2018
        vs.

6

MONKEY CAPITAL, LLC,

7
        Defendant(s).     Pages 1 - 23

8
----------------------------------------------------------

9
                      MOTION HEARING
        BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS

10
              UNITED STATES DISTRICT JUDGE

11

12
APPEARANCES:

13

14
FOR THE PLAINTIFF(S):  DAVID SILVER
                      TODD FRIEDMAN

15
                      Silver Miller
                      11780 W. Sample Road
                      Coral Springs, FL 33065

16
                      dsilver@silvermillerlaw.com

17

18
REPORTED BY:          Jill M. Wells, RPR, CRR, CSR
                      Official Court Reporter

19
                      400 N. Miami Avenue, Suite 08S27
                      Miami, Florida 33128
                      jill_wells@flsd.uscourts.gov

20

21

22

23

24

25

1 (Case called to order of the court at 2:05 p.m.)

2          THE COURT:  This is hearing on damages following a

3 default judgment against Monkey Capital, LLC and Monkey

4 Capital, Inc., case number 17-81370.

5          Could we have appearances.

6          MR. SILVER:  David Silver and Todd Friedman from

7 Silver Miller, on behalf of the plaintiffs.

8          THE COURT:  Well, tell me what you want to do and how

9 you think we can proceed and whether you have any chance

10 whatsoever of collecting any of this.

11          MR. SILVER:  May I move up here and talk to your

12 Honor?

13          THE COURT:  Wherever you are comfortable.  Just use a

14 microphone.

15          MR. SILVER:  So I would say the chances of recovery

16 once BakerHostetler got out of the case is slim and none.  We

17 have not spoken to the defendant in a -- I am trying to put

18 this nicely.  Let's just say outside of threatening counsel he

19 doesn't speak to us.  So we have not had any proactive

20 conversations about actually resolving this case.

21          THE COURT:  Where is he?  Is he in England or

22 somewhere?

23          MR. SILVER:  He is in England, sometimes Singapore,

24 but his primary residence supposedly is in England.

25          THE COURT:  Well, he sent us some nasty messages as

1   well.  But he did send something, and so he hasn't been

2   defaulted.

3          MR. SILVER:  Well, if I could take a step back.

4          Technically, there is a clerk's default.  So

5   technically I think you have to vacate -- because you denied

6   the motion against him I think you need to vacate the clerk's

7   default so we can move forward against him.  That's just a

8   housekeeping measure, though.

9          THE COURT:  Well, let's talk first about the other.

10         MR. SILVER:  So what we are proposing, and, you know,

11  I spent the last day or two pulling together some cases, some

12  proposed resolutions from the SEC, and then I forgot that Judge

13  Marra in this courthouse in the *Cryptsy* matter actually

14  validated the premise that we are looking for in the default

15  judgment against Paul Vernon.

16         What we are asking for is the value of the asset

17  provided on July -- I think it's 13th -- I have my notes in

18  front of me -- July 13, 2017, which is the closing date of the

19  price of the cryptocurrencies we gave you.

20         And similar to what your Honor did -- what Judge Marra

21  did in the *Cryptsy* case, using that date, that's the date of

22  the damage, and then we do pre- and post-judgment interest from

23  that date.

24         THE COURT:  Why?  I mean, the problem with Bitcoin is

25  it varies so much in value.

1          MR. SILVER:  Now, the big objection by some of the

2    objectors in that case is exactly what you are saying.

3          So we peg the value at $500 of Bitcoin.  By the time,

4    a year and a half later, that the judgment came out Bitcoin was

5    about $3,000 to $4,000, and the damage date accrual came from

6    when the shutdown of the exchange happened.

7          What we have -- I have some examples if your Honor

8    would like to see them of what different federal courts are

9    doing around the country right now -- I have a proposed order

10   out of New York that wasn't granted.  It was actually submitted

11   last week by the CFTC where they use the analysis of the date

12   the exchange shuts down for a very similar case to the case

13   here where someone raised money through cryptocurrencies.  It

14   was a fraud.  It wasn't properly registered, and they are

15   submitting using the closing date of the cryptocurrencies from

16   the date of the action.

17         The fluctuation doesn't really change because everyone

18   will be receiving a proportion they pay out anyway.

19         So using --

20         THE COURT:  Why can't you just order them the

21   cryptocurrency?

22         MR. SILVER:  Because the cryptocurrency --

23         THE COURT:  Like Andrew Hodges gets 50 Bitcoins?  Why

24   wouldn't that be fair?

25         MR. SILVER:  Well, in theory it would be fair if it

1    was like money and you can just give $50 for 50 Bitcoin.  You

2    can see on the Blockchain through the technology, he's already

3    sold the Bitcoins.  The Bitcoins no longer exist.

4           THE COURT:  Well, I guess he could get some more,

5    though, couldn't he?  I mean, if people choose to use a

6    currency other than legal tender, why shouldn't they just get

7    back what they chose to use?

8           Mr. Powell would get 8.2 Bitcoin, assuming he could

9    collect it, and then I guess he'd have to figure out what he

10   wanted to do with it.

11          Is there some reason not to do that?

12          MR. SILVER:  There is no reason per se not to, but the

13   way that -- again, this is how -- I think we were comfortable

14   converting it into U.S. dollar and pegging the amount as if,

15   you know, any other property was stolen and we had to put a

16   value on it for replacement value.  The replacement value was

17   in USD.

18          So that's how we did it in the *Cryptsy* case.  That's

19   how they are doing in it in the New York case.  And in all of,

20   I think it's five or six SEC restitution orders, it all gets

21   converted to USD.  I think it's just because what people are

22   comfortable with.

23          I am not disagreeing with you that my clients wouldn't

24   be ecstatic to receive back the cryptocurrencies, but at this

25   point most of them theoretically are going to use this as

1    stolen money off their tax returns which are going to be USD

2    valuation anyway.  I don't think that's here or there.

3         THE COURT:  So that's the advantage to them is that

4    they take some sort of loss.

5         MR. SILVER:  Exactly.  They will have a pegged number

6    on what the loss was.

7         And going back to what Judge Marra did, there were a

8    couple of objectors.  It was a class action.  The price of the

9    Bitcoin went up so much because of the disparity, and it was

10   basically no matter what happens it's not -- the court

11   shouldn't be acting as an insurance for the cryptocurrency just

12   as the court wouldn't act as an insurance policy on the stock

13   if some stock had been stolen out of an account.  When the

14   stock was stolen or when the cryptocurrency was stolen, that's

15   the valuation.

16        For instance, we are talking about if it goes up, they

17   would want the upside, but if Bitcoin goes to zero tomorrow,

18   you know they are still going to want their U.S. dollar

19   valuation from when the money was stolen because they didn't

20   have the ability to sell it.

21        THE COURT:  Well, that was partly because they chose

22   to use cryptocurrencies.

23        But I thought I saw this week that the SEC refused to

24   approve some ETFs on cryptocurrencies because they said you

25   couldn't really determine a price, that they weren't willing to

1    accept the limited, I guess, transparency of some exchange to

2    allow -- and they also said the price was too easily

3    manipulated.  Didn't that happen?

4              MR. SILVER:  Yes.  I think that --

5              THE COURT:  I mean --

6              MR. SILVER:  The SEC stayed the order yesterday, which

7    I don't quite understand how you stay an order of denial

8    because I have to -- I am heavily -- how do I say this?  I am

9    on TV a little bit talking about this so my position is very

10   clear.  I support what the SEC did.  I am arguing on behalf of

11   plaintiffs who only lose money on cryptocurrencies.

12             I agree with the notion that the ETF shouldn't have

13   been approved.  There is price manipulation behind the scenes,

14   but it's a maturing industry, and the SEC took the position

15   that until there is more transparency they weren't going to

16   approve the ETFs.  They rejected nine ETFs.  They rejected nine

17   ETFs earlier this week, but they didn't come out and say that

18   there is manipulation.  They said it's too hard to prove

19   whether there is manipulation at the moment.

20             They actually haven't charged any of the exchanges yet

21   with manipulation, which I find -- my personal opinion, not in

22   this case -- they should, but at the moment they have not

23   charged any of these companies with insider trading, price

24   manipulation, market manipulation, or any of those things.

25   They just denied the ETFs.

1          THE COURT:  It goes down 20 percent a day sometimes,
2     doesn't it?
3          MR. SILVER:  It is still up over -- it was 3,000 a
4     year ago.  So you are still up 100 percent on your money if you
5     invested a year ago today.
6          THE COURT:  Well, wasn't it up to 19,000 at one point?
7          MR. SILVER:  A hair over 20,000 January 3, 2018.
8          THE COURT:  And it's 3,000 today?
9          MR. SILVER:  6,500 probably today.  It changes on a
10    minute-to-minute basis.  About 6,500.
11         THE COURT:  Well, you said your clients would like it
12    if you just ordered Bitcoin, but are there --
13         MR. SILVER:  I said my clients would like if they got
14    their crypto back.  That's for a variety of different reasons.
15    Crypto enthesitis, for lack of a better word, would prefer
16    crypto to U.S. dollar.
17         July 17th the crypto -- I don't have the price in
18    July.  It was pretty much the same as what it is today, or
19    something near.  The spike hadn't happened yet.  But, again, I
20    think that's the reason why --
21         THE COURT:  So your proposal is that -- where did you
22    get these values as of that date?
23         MR. SILVER:  We used coinmarketcap.com which is
24    recognized as the leader of providing crypto prices, especially
25    for alternatives besides Bitcoin.

1          THE COURT:  Did the SEC do that in their case?  How

2     did they value it when they were dealing with it?

3          MR. SILVER:  See, we looked for this yesterday because

4     we wanted to answer that question specifically.

5          They don't even cite -- and I have the CFTC proposal

6     with me if your Honor would like to see it -- they don't cite

7     who they use, where they determine their closing price for the

8     end of the day in their proposed order, in their statement

9     papers.  So I don't have an answer exactly.  We simply used the

10    largest one that's available to us.

11         THE COURT:  The largest amount, or the largest --

12         MR. SILVER:  The largest exchange providing data

13    information.

14         THE COURT:  You can't tell from their numbers?  I

15    mean, you know a lot about this.  You can't figure out how they

16    did it?

17         MR. SILVER:  There is very little slippage between --

18    in the U.S. there are about five large exchanges:  Coinbase

19    Gemini, Poloniex, Bitfinex, and Kraken.  I am suing most of

20    them.

21         There is very little slippage between the prices from

22    exchange to exchange nowadays.  Ever since the scrutiny started

23    when the price went over about $500 about two years ago,

24    especially as it approached 20,000, there is very little

25    difference.  A lot of people used to arbitrage the difference

1   in the prices.  Now the exchanges are almost exact to the

2   dollar.

3           THE COURT:  Okay.  So now tell me where -- these

4   numbers you have on your page, I guess we put them in our order

5   too, didn't we?

6           MR. SILVER:  Yes.

7           THE COURT:  And those are at what date?

8           MR. SILVER:  July 17 -- July 13, 2017.

9           THE COURT:  And that's this $1,169,000?

10          MR. SILVER:  Yes.

11          THE COURT:  And so that's what you think we should do?

12  We should enter judgment for that?

13          MR. SILVER:  I do.

14          THE COURT:  And your theory is that that is the best

15  estimate of the value of that coin on the date taken?  Is that

16  what you are saying?

17          MR. SILVER:  So following the general case law which

18  says we have to give our -- producing a reasonable

19  approximation of the defendants' ill-gotten gains, the burden

20  shifts once we produce the reasonable expectation.  So using

21  coin market cap we believe that's a reasonable expectation.

22          It's what we did in *Cryptsy*, and it's what we believe

23  they used in New York, but they didn't actually announce what

24  they used in the CFTC action.  So we believe that's reasonable.

25          THE COURT:  What do you have, affidavits from these

```
 1    plaintiffs saying this is what they lost?

 2            MR. SILVER:  Yes, the affidavits were used.  Because

 3    originally, if your Honor remembers, we filed this as a PLSRA

 4    class action.

 5            Under the PLSRA, each plaintiff has to submit an

 6    affidavit under oath about their losses.  So we submitted that.

 7            As your Honor granted us, they all on are on the phone

 8    right now if your Honor would like to take oral testimony from

 9    them.

10            THE COURT:  And you think that that amount should be

11    against each of the two defendants?

12            MR. SILVER:  Yes, your Honor.

13            THE COURT:  What?  In some sort of what, joint and

14    several, or how would it be?

15            MR. SILVER:  We believe it should be joint and

16    several.

17            Just quoting the Sheck case that you cited in your

18    order which quoted Oppenheimer, the Florida Supreme Court's

19    case, the Florida statutes essentially incorporated the federal

20    remedies into the Florida law.  So joint and several liability

21    is appropriate for at least the federal statutes and the 517

22    claim.

23            THE COURT:  I have, as you have been able to

24    determine, misgivings about this because it isn't a litigated

25    issue.  You know, we don't hear but from one side.  We try to
```

1   figure out what the SEC was doing in the area, and it's not

2   clear to me where they are going to end up.

3           MR. SILVER:  Your Honor, if I could approach.  I put

4   together a book with some cases, if you want to look.  It has

5   the CFTC, what they are doing.

6           THE COURT:  All right.  What about --

7           MR. SILVER:  Tab 10.  They pretty much combine --

8   sorry, I will give you a minute.

9           THE COURT:  Go ahead.  What were you going to say?

10          MR. SILVER:  It starts on page 21, paragraph 96.  They

11  essentially just combine the U.S. dollar fee out, which was

12  very small for each plaintiff, and then combine the present day

13  value of the crypto on the closing price of the day of the CFTC

14  file, and that's how they determine the value of damages.  So

15  it's exactly the same way we determine the value of damages.

16          They filed this on July 27th.  So obviously there's no

17  ruling.  This is the proposed order to the court, but there's

18  no objection from the defendant, is my understanding.

19          THE COURT:  What about interest?  Do they deal with

20  that?

21          MR. SILVER:  I don't know for a fact, your Honor, if

22  they have dealt with the pre- and post-judgment interest.  For

23  that I have just prepared today just the generic case law from

24  the federal and state statutes under the two securities acts,

25  which would just be pre and post judgment interest at the

1    statutory rates since July 13th.

2         THE COURT:  Prejudgment interest would not be

3    generally allowable on an asset that changes in value.  Of

4    course your argument is that once you have converted it to

5    dollars, then that's no longer the circumstance, I guess.

6         MR. SILVER:  Yes.  This is just using the general

7    disgorgement theory.  They shouldn't be allowed to profit from

8    having held the asset which is why the prejudgment interest

9    should be allowable and why it's allowable under -- the

10   defendant shouldn't have the value of the prejudgment

11   interest -- sorry.  The plaintiff should have the value of the

12   prejudgment interest, not the defendant.

13        THE COURT:  Although Bitcoin probably went down from

14   these numbers, didn't it?

15        MR. SILVER:  I apologize.  I don't have the exact

16   price on that day.

17        THE COURT:  Well, I mean, generally.  I know you don't

18   have the exact price.  It's less -- worth less than it was back

19   then?

20        MR. SILVER:  No.  It should be worth about the same.

21   Could you look it up?

22        MR. FRIEDMAN:  Sure.

23        MR. SILVER:  My partner will look it up right now, but

24   it should be about the same.  It was moving over the summer,

25   but it didn't really start climbing until October/November of

1    2017.

2              MR. FRIEDMAN:  What's the starting date?

3              MR. SILVER:  July 13, 2017.

4              THE COURT:  In our footnote we say 2018.  Is that

5    wrong?  We said you took it on July 13, 2018.

6              MR. SILVER:  I am sorry.  It could be a typo on my

7    part.

8              THE COURT:  It might be on ours.  That's why I was

9    asking.

10             MR. SILVER:  It is number two.  No, 2017.

11             THE COURT:  So, Kim, were we wrong in our footnote?

12             MR. SILVER:  I can't even tell you when we filed the

13   case now, but I think we filed the case before then.

14             THE LAW CLERK:  Yes, it may be.  It was in -- I think

15   that was taken from the footnote in your proposal.

16             MR. SILVER:  I take full responsibility for that typo,

17   your Honor.  We apologize.  But if you look at the affidavits,

18   they are all that week, 2017.

19             THE COURT:  All right.  Okay.  Well, I guess I don't

20   have a more reasonable method than you have come up with other

21   than awarding Bitcoin, and I don't know what authority I have

22   to do that.

23             MR. SILVER:  I can tell you, Judge Marra did award us

24   11,000 Bitcoin.  They are in wallets, but without private keys

25   those Bitcoins are worthless to us.  But I do hold --

```
1     technically, I have the only judgment in the country for 11,000
2     Bitcoin in that case.  I have offered people $50 million to get
3     me that, and unfortunately no one is able to do it.
4               THE COURT:  One of my law clerks was explaining about
5     wallets earlier.
6               So these Bitcoins you have, are they then --
7               MR. SILVER:  No.  In this case, I do not have access
8     even to the public -- well, let me rephrase that.
9               As a one-minute tutorial, there is a public key and a
10    private key for Bitcoin.  The public key is how I know that
11    when the Bitcoin my client sold and gave to Mr. Harrison he
12    then liquidated because you can trace the public number.
13              Let's assume Bitcoin number 1, you can see where it
14    originated and from each entity that it moves to.  So we can
15    watch it go from my client to Mr. Harrison and Mr. Harrison to
16    somebody else.
17              Without the private key you can't sell or move it.
18    It's worthless.
19              THE COURT:  Can you continue to track it, or you
20    just -- you just know it went to Harrison?
21              MR. SILVER:  We can track it from our client's wallet
22    to Harrison's wallet because you actually have the information
23    of how -- you have to send your private key and then the wallet
24    information.  Once it leaves Harrison you can tell -- just like
25    if you have a track on a U.S. dollar -- where it moves to, but
```

1   you can't tell who that person is.  It's completely anonymous

2   past that.

3          THE COURT:  So you just can show -- see that he

4   transferred it?

5          MR. SILVER:  Exactly.

6          THE COURT:  Well, we will go ahead and enter a

7   judgment in these amounts.  We will change it to January 13,

8   2017 and make it joint and several.

9          MR. SILVER:  Your Honor, July.

10          THE COURT:  July.  Thank you.

11          Okay, anything else?

12          MR. SILVER:  Just for a clean up, so I think we were

13   talking about --

14          THE COURT:  Right.

15          MR. SILVER:  -- what you want me to do with

16   Mr. Harrison.  Because it is our anticipation that we are going

17   to serve discovery.  He is not going to respond.  We will serve

18   depo notice, he won't respond, and then we will move for

19   summary judgment at that point much.

20          THE COURT:  All right.  So you want us to vacate the

21   clerk's default based on his communication with the court?

22          MR. SILVER:  I tell people you have got to listen to

23   the question.  If you are asking what I want, I'd love for you

24   to just grant the judgment.  If you are asking what I expect

25   you to do, yes, I think you should vacate the judgment and let

1    us move forward so that we can get the judgment against

2    Mr. Harrison.

3         THE COURT:  Okay.  We will vacate the clerk's default

4    and urge him to follow the rules of the court.  I think we have

5    already done that, hadn't we?  I think we sent something to

6    him.

7         MR. SILVER:  How would you like me -- because we are

8    running into an issue of sending him as being pro se.  If we

9    send him an email, we get a threat back.

10        Am I obligated to continue to email him and receive

11   threats back, or can I simply move forward?  I mean, if you are

12   telling me I have to copy him --

13        THE COURT:  I think you still have to serve him.  I

14   mean, I think he has to -- when you -- how are you going to

15   send him the discovery demand?

16        MR. SILVER:  Well, ultimately we are emailing him

17   everything, and the way it kind of works is we email him, we

18   receive a threat back.  We have to file something within

19   authority saying we have been threatened, and then we -- you

20   know, he doesn't respond, and then we move.

21        THE COURT:  I think you ought to keep doing it and

22   probably file copies of what he's saying to you.  I think

23   that's what we have done.

24        Hadn't it been, Kim?  He did the same thing with us.

25   He accused us of all kinds of things.

```
1              MR. SILVER:  Let's say he was much nicer to you than

2      to me.  He had some modicum of respect for you over us.  That's

3      it.  I think that's all --

4              THE COURT:  He called us a racist, didn't he?  I am

5      not sure what -- I don't know what race he is so I don't know

6      how I could have been --

7              MR. SILVER:  White Anglo-Saxon.

8              THE COURT:  Huh.  Well --

9              MR. SILVER:  That's it from our side, your Honor.

10     Thank you very much.

11             THE COURT:  All right.  Thanks.

12             (Proceedings adjourned at 2:27 p.m.)

13

14                   C E R T I F I C A T E

15

16        I hereby certify that the foregoing is an accurate

17     transcription of the proceedings in the above-entitled matter.

18

19

20     June 16, 2020          /s/ Jill M. Wells
                              Jill M. Wells, RPR, CRR, CSR
21                            Official Court Reporter
                              400 N. Miami Avenue, Suite 08S27
22                            Miami, Florida 33128
                              jill_wells@flsd.uscourts.gov
23

24

25
```

MR. FRIEDMAN: [2] 13/22 14/2
MR. SILVER: [55]
THE COURT: [53]
THE LAW CLERK: [1] 14/14

**$**

$1,169,000 [1] 10/9
$3,000 [1] 4/5
$4,000 [1] 4/5
$50 [2] 5/1 15/2
$50 million [1] 15/2
$500 [2] 4/3 9/23

**/**

/s [1] 18/20

**0**

08S27 [2] 1/18 18/21

**1**

10 [1] 12/7
100 percent [1] 8/4
11,000 [2] 14/24 15/1
11780 [1] 1/15
13 [5] 3/18 10/8 14/3 14/5 16/7
13th [2] 3/17 13/1
16 [1] 18/20
17 [1] 10/8
17-81370 [1] 2/4
17-CV-81370-DMM [1] 1/2
17th [1] 8/17
19,000 [1] 8/6

**2**

20 percent [1] 8/1
20,000 [2] 8/7 9/24
2017 [7] 3/18 10/8 14/1 14/3 14/10 14/18 16/8
2018 [4] 1/5 8/7 14/4 14/5
2020 [1] 18/20
21 [1] 12/10
23 [1] 1/7
24 [1] 1/5
27th [1] 12/16
2:05 [1] 2/1
2:27 [1] 18/12

**3**

3,000 [2] 8/3 8/8
33065 [1] 1/15
33128 [2] 1/19 18/22

**4**

400 [2] 1/18 18/21

**5**

50 [2] 4/23 5/1
517 [1] 11/21

**6**

6,500 [2] 8/9 8/10

**8**

8.2 [1] 5/8
81370 [1] 2/4

**9**

96 [1] 12/10

**A**

ability [1] 6/20
able [2] 11/23 15/3
about [18] 2/20 3/9 4/5 6/16 7/9 8/10 9/15 9/18 9/23 9/23 11/6 11/24 12/6 12/19 13/20 13/24 15/4 16/13
above [1] 18/17
above-entitled [1] 18/17
accept [1] 7/1
access [1] 15/7
account [1] 6/13
accrual [1] 4/5
accurate [1] 18/16
accused [1] 17/25
act [1] 6/12
acting [1] 6/11
action [4] 4/16 6/8 10/24 11/4
acts [1] 12/24
actually [6] 2/20 3/13 4/10 7/20 10/23 15/22
adjourned [1] 18/12
advantage [1] 6/3
affidavit [1] 11/6
affidavits [3] 10/25 11/2 14/17
again [2] 5/13 8/19
against [6] 2/3 3/6 3/7 3/15 11/11 17/1
ago [3] 8/4 8/5 9/23
agree [1] 7/12
ahead [2] 12/9 16/6
all [10] 5/19 5/20 11/7 12/6 14/18 14/19 16/20 17/25 18/3 18/11
allow [1] 7/2
allowable [3] 13/3 13/9 13/9
allowed [1] 13/7
almost [1] 10/1
already [2] 5/2 17/5
also [1] 7/2
alternatives [1] 8/25
Although [1] 13/13
am [9] 2/17 5/23 7/8 7/8 7/10 9/19 14/6 17/10 18/4
amount [3] 5/14 9/11 11/10
amounts [1] 16/7
analysis [1] 4/11
ANDREW [2] 1/3 4/23
Anglo [1] 18/7
Anglo-Saxon [1] 18/7
announce [1] 10/23
anonymous [1] 16/1
answer [2] 9/4 9/9
anticipation [1] 16/16
any [7] 2/9 2/10 2/19 9/15 7/20 7/23 7/24
anything [1] 16/11
anyway [2] 4/18 6/2
apologize [2] 13/15 14/17
appearances [2] 1/12 2/5
approach [1] 12/3
approached [1] 9/24
appropriate [1] 11/21
approve [2] 6/24 7/16
approved [1] 7/13
approximation [1] 10/19
arbitrage [1] 9/25
are [33]
area [1] 12/1
arguing [1] 7/10
argument [1] 13/4
around [1] 4/9
as [15] 2/25 5/14 5/25 6/11 6/12 6/12 8/18 8/22 8/24 9/24 11/3 11/7 11/23

**15/9 17/8**

asking [4] 3/16 14/9 16/23 16/24
asset [3] 3/16 13/3 13/8
assume [1] 15/13
assuming [1] 5/8
August [1] 1/5
authority [2] 14/21 17/19
available [1] 9/10
Avenue [2] 1/18 18/21
award [1] 14/23
awarding [1] 14/21

**B**

back [9] 3/3 5/7 5/24 6/7 8/14 13/18 17/9 17/11 17/18
BakerHostetler [1] 2/16
based [1] 16/21
basically [1] 6/10
basis [1] 8/10
be [18] 4/18 4/24 4/25 5/24 6/1 6/11 11/10 11/14 11/15 12/25 13/2 13/7 13/9 13/20 13/24 14/6 14/8 14/14
Beach [1] 1/4
because [16] 3/5 4/17 4/22 5/21 6/9 6/19 6/21 6/24 7/8 9/3 11/2 11/24 15/12 15/22 16/16 17/7
been [7] 3/1 6/13 7/13 11/23 17/19 17/24 18/6
before [1] 1/9 14/13
behalf [2] 2/7 7/10
behind [1] 7/13
being [1] 17/8
believe [4] 10/21 10/22 10/24 11/15
besides [1] 8/25
best [1] 10/14
better [1] 8/15
between [2] 9/17 9/21
big [1] 4/1
bit [1] 7/9
Bitcoin [16] 3/24 4/3 4/4 5/1 5/8 6/9 6/17 8/12 8/25 13/13 14/21 14/24 15/2 15/10 15/11 15/13
Bitcoins [5] 4/23 5/3 5/3 14/25 15/6
Bitfinex [1] 9/19
Blockchain [1] 5/2
book [1] 12/4
burden [1] 10/19

**C**

called [2] 2/1 18/4
came [2] 4/4 4/5
can [14] 2/9 3/7 5/1 5/2 14/23 15/12 15/13 15/14 15/19 15/21 15/24 16/3 17/1 17/11
can't [6] 4/20 9/14 9/15 14/12 15/17 16/1
cap [1] 10/21
CAPITAL [3] 1/6 2/3 2/4
case [21]
cases [2] 3/11 12/4
certify [1] 18/16
CFTC [5] 4/11 9/5 10/24 12/5 12/13
chance [1] 2/9
chances [1] 2/15
change [2] 4/17 16/7
changes [2] 8/9 13/3
charged [2] 7/20 7/23
choose [1] 5/5
chose [2] 5/7 6/21
circumstance [1] 13/5
cite [1] 9/5 9/6

**C**

cited [1]  11/17
claim [1]  11/22
class [2]  6/8 11/4
clean [1]  16/12
clear [2]  7/10 12/2
clerk's [4]  3/4 3/6 16/21 17/3
clerks [1]  15/4
client [2]  15/11 15/15
client's [1]  15/21
clients [3]  5/23 8/11 8/13
climbing [1]  13/25
closing [4]  3/18 4/15 9/7 12/13
coin [2]  10/15 10/21
Coinbase [1]  9/18
coinmarketcap.com [1]  8/23
collect [1]  5/9
collecting [1]  2/10
combine [3]  3/22 12/11 12/12
come [2]  7/17 14/20
comfortable [3]  2/13 5/13 5/22
communication [1]  16/21
companies [1]  7/23
completely [1]  16/1
continue [2]  15/19 17/10
conversations [1]  2/20
converted [2]  5/21 13/4
converting [1]  5/14
copies [1]  17/22
copy [1]  17/12
Coral [1]  1/15
could [8]  2/5 3/3 5/4 5/8 12/3 13/21 14/6
 18/6
couldn't [2]  5/5 6/25
counsel [1]  2/18
country [2]  4/9 15/1
couple [1]  6/8
course [1]  13/4
court [9]  1/1 1/18 2/1 6/10 6/12 12/17
 16/21 17/4 18/21
Court's [1]  11/18
courthouse [1]  3/13
courts [1]  4/8
CRR [2]  1/17 18/20
crypto [6]  8/14 8/15 8/16 8/17 8/24 12/13
cryptocurrencies [7]  3/19 4/13 4/15 5/24
 6/22 6/24 7/11
cryptocurrency [4]  4/21 4/22 6/11 6/14
Cryptsy [4]  3/13 3/21 5/18 10/22
CSR [2]  1/17 18/20
currency [1]  5/6
CV [1]  1/2

**D**

damage [2]  3/22 4/5
damages [3]  2/2 12/14 12/15
data [1]  9/12
date [12]  3/18 3/21 3/21 3/23 4/5 4/11
 4/15 4/16 8/22 10/7 10/15 14/2
DAVID [2]  1/13 2/6
day [6]  3/11 8/1 9/8 12/12 12/13 13/16
deal [1]  12/19
dealing [1]  9/2
dealt [1]  12/22
default [6]  2/3 3/4 3/7 3/14 16/21 17/3
defaulted [1]  3/2
defendant [5]  1/7 2/17 12/18 13/10
 13/12
defendants [1]  11/11
defendants' [1]  10/19

demand [1]  17/15
denial [1]  7/7
denied [2]  3/5 7/25
depo [1]  16/18
determine [5]  6/25 9/7 11/24 12/14
 12/15
did [13]  3/1 3/20 3/21 5/18 6/7 7/10 8/21
 9/1 9/2 9/16 10/22 14/23 17/24
didn't [8]  6/19 7/3 7/17 10/5 10/23 13/14
 13/25 18/4
difference [2]  9/25 9/25
different [2]  4/8 8/14
disagreeing [1]  5/23
discovery [2]  16/17 17/15
disgorgement [1]  13/7
disparity [1]  6/9
DISTRICT [3]  1/1 1/1 1/10
DMM [1]  1/2
do [16]  2/8 3/22 5/10 5/11 7/8 9/1 10/11
 10/13 10/25 12/19 14/22 14/25 15/3 15/7
 16/15 16/25
doesn't [4]  2/19 4/17 8/2 17/20
doing [5]  4/9 5/19 12/1 12/5 17/21
dollar [6]  5/14 6/18 8/16 10/2 12/11
 15/25
dollars [1]  13/5
don't [14]  6/2 7/7 8/17 9/5 9/6 9/9 11/25
 12/21 13/15 13/17 14/19 14/21 18/5 18/5
DONALD [1]  1/9
done [2]  17/5 17/23
down [3]  4/12 8/1 13/13
dsilver [1]  1/16

**E**

each [4]  11/5 11/11 12/12 15/14
earlier [2]  7/17 15/5
easily [1]  7/2
ecstatic [1]  5/24
else [2]  15/16 16/11
email [3]  17/9 17/10 17/17
emailing [1]  17/16
end [2]  9/8 12/2
England [3]  2/21 2/23 2/24
enter [2]  10/12 16/6
enthesitis [1]  8/15
entitled [1]  18/17
entity [1]  15/14
especially [2]  8/24 9/24
essentially [2]  11/19 12/11
estimate [1]  10/15
ETF [1]  7/12
ETFs [6]  6/24 7/16 7/16 7/17 7/25
even [3]  9/5 14/12 15/8
Ever [1]  9/22
everyone [1]  4/17
everything [1]  17/17
exact [3]  10/1 13/15 13/18
exactly [5]  4/2 6/5 9/9 12/15 16/5
examples [1]  4/7
exchange [6]  4/6 4/12 7/1 9/12 9/22 9/22
exchanges [3]  7/20 9/18 10/1
exist [1]  5/3
expect [1]  16/24
expectation [2]  10/20 10/21
explaining [1]  15/4

**F**

fact [1]  12/21
fair [2]  4/24 4/25
federal [4]  4/8 11/19 11/21 12/24

fee [1]  12/11
figure [3]  5/9 9/15 12/1
file [3]  12/14 17/18 17/22
filed [4]  11/3 12/16 14/12 14/13
find [1]  7/21
first [1]  3/9
five [2]  5/20 9/18
FL [1]  1/15
FLORIDA [7]  1/1 1/4 1/19 11/18 11/19
 11/20 18/22
flsd.uscourts.gov [2]  1/19 18/22
fluctuation [1]  4/17
follow [1]  17/4
following [2]  2/2 10/17
footnote [3]  14/4 14/11 14/15
foregoing [1]  18/16
forgot [1]  3/12
forward [3]  3/7 17/1 17/11
fraud [1]  4/14
FRIEDMAN [2]  1/14 2/6
front [1]  3/18
full [1]  14/16

**G**

gains [1]  10/19
gave [2]  3/19 15/11
Gemini [1]  9/19
general [2]  10/17 13/6
generally [2]  13/3 13/17
generic [1]  12/23
get [7]  5/4 5/6 5/8 8/22 15/2 17/1 17/9
gets [2]  4/23 5/20
give [3]  5/1 10/18 12/8
go [3]  12/9 15/15 16/6
goes [6]  6/16 6/17 8/1
going [10]  5/25 6/1 6/7 6/18 7/15 12/2
 12/9 16/16 16/17 17/14
got [3]  2/16 8/13 16/22
gotten [1]  10/19
grant [1]  16/24
granted [2]  4/10 11/7
guess [6]  5/4 5/9 7/1 10/4 13/5 14/19

**H**

had [4]  2/19 5/15 6/13 18/2
hadn't [3]  8/19 17/5 17/24
hair [1]  8/7
half [1]  4/4
happen [1]  7/3
happened [2]  4/6 8/19
happens [1]  6/10
hard [1]  7/18
Harrison [7]  15/11 15/15 15/15 15/20
 15/24 16/16 17/2
Harrison's [1]  15/22
has [3]  11/5 12/4 17/14
hasn't [1]  3/1
have [48]
haven't [1]  7/20
having [1]  13/8
he [24]
he'd [1]  5/9
he's [2]  5/2 17/22
hear [1]  11/25
hearing [2]  1/9 2/2
heavily [1]  7/8
held [1]  13/8
here [3]  2/11 4/13 6/2
hereby [1]  18/16
him [12]  3/6 3/7 17/4 17/6 17/8 17/9

**H**

him... [6]  17/10 17/12 17/13 17/15 17/16 17/17
his [2]  2/24 16/21
HODGES [2]  1/3 4/23
hold [1]  14/25
Honor [13]  2/12 3/20 4/7 9/6 11/3 11/7 11/8 11/12 12/3 12/21 14/17 16/9 18/9
HONORABLE [1]  1/9
housekeeping [1]  3/8
how [15]  2/8 5/13 5/18 5/19 7/7 7/8 9/1 9/15 11/14 12/14 15/10 15/23 17/7 17/14 18/6
Huh [1]  18/8

**I**

I'd [1]  16/23
ill [1]  10/19
ill-gotten [1]  10/19
Inc [1]  2/4
incorporated [1]  11/19
industry [1]  7/14
information [3]  9/13 15/22 15/24
insider [1]  7/23
instance [1]  6/16
insurance [2]  6/11 6/12
interest [8]  3/22 12/19 12/22 12/25 13/2 13/8 13/11 13/12
invested [1]  8/5
is [48]
isn't [1]  11/24
issue [1]  11/25 17/8
it [70]
it's [15]  3/17 5/20 5/21 6/10 7/14 7/18 8/8 10/22 10/22 12/1 12/15 13/9 13/18 15/18 16/1

**J**

January [2]  8/7 16/7
January 13 [1]  16/7
January 3 [1]  8/7
jill [5]  1/17 1/19 18/20 18/20 18/22
joint [4]  11/13 11/15 11/20 16/8
JUDGE [5]  1/10 3/12 3/20 6/7 14/23
judgment [13]  2/3 3/15 3/22 4/4 10/12 12/22 12/25 15/1 16/7 16/19 16/24 16/25 17/1
July [12]  3/17 3/18 8/17 8/18 10/8 10/8 12/16 13/1 14/3 14/5 16/9 16/10
July 13 [4]  3/18 10/8 14/3 14/5
July 13th [1]  13/1
July 17 [1]  10/8
July 17th [1]  8/17
July 27th [1]  12/16
June [1]  18/20
just [22]

**K**

keep [1]  17/21
key [5]  15/9 15/10 15/10 15/17 15/23
keys [1]  14/24
Kim [2]  14/11 17/24
kind [1]  17/17
kinds [1]  17/25
know [13]  3/10 5/15 6/18 9/15 11/25 12/21 13/17 14/21 15/10 15/20 17/20 18/5 18/5
Kraken [1]  9/19

**L**

lack [1]  8/15
large [1]  9/18
largest [4]  9/10 9/11 9/11 9/12
last [2]  3/11 4/11
later [1]  4/4
law [4]  10/17 11/20 12/23 15/4
leader [1]  8/24
least [1]  11/21
leaves [1]  15/24
legal [1]  5/6
less [2]  13/18 13/18
let [2]  15/8 16/25
let's [4]  2/18 3/9 15/13 18/1
liability [1]  11/20
like [9]  4/8 4/23 5/1 8/11 8/13 9/6 11/8 15/24 17/7
limited [1]  7/1
liquidated [1]  15/12
listen [1]  16/22
litigated [1]  11/24
little [4]  7/9 9/17 9/21 9/24
LLC [2]  1/6 2/3
longer [2]  5/3 13/5
look [4]  12/4 13/21 13/23 14/17
looked [1]  9/3
looking [1]  3/14
lose [1]  7/11
loss [2]  6/4 6/6
losses [1]  11/6
lost [1]  11/1
lot [2]  9/15 9/25
love [1]  16/23

**M**

make [1]  16/8
manipulated [1]  7/3
manipulation [6]  7/13 7/18 7/19 7/21 7/24 7/24
market [2]  7/24 10/21
Marra [3]  3/13 3/20 6/7 14/23
matter [3]  3/13 6/10 18/17
maturing [1]  8/4
may [2]  2/11 14/14
me [11]  2/8 3/18 9/6 10/3 12/2 15/3 15/8 15/24 17/12 17/12 18/2
mean [7]  3/24 5/5 7/5 9/15 13/17 17/11 17/14
measure [1]  3/8
messages [1]  2/25
method [1]  14/20
Miami [4]  1/18 1/19 18/21 18/22
microphone [1]  2/14
MIDDLEBROOKS [1]  1/9
might [1]  14/8
Miller [2]  1/14 2/7
million [1]  15/2
minute [4]  8/10 8/10 12/8 15/9
misgivings [1]  11/24
modicum [1]  18/2
moment [2]  7/19 7/22
money [6]  4/13 5/1 6/1 6/19 7/11 8/4
MONKEY [3]  1/6 2/3 2/3
more [3]  5/4 7/15 14/20
most [2]  5/25 9/19
motion [2]  1/9 3/6
move [7]  2/11 3/7 15/17 16/18 17/1 17/11 17/20
moves [2]  15/14 15/25
moving [1]  13/24

**Mr**

Mr. [6]  5/8 15/11 15/15 15/15 16/16 17/2
Mr. Harrison [3]  15/11 15/15 15/18 16/16 17/2
Mr. Powell [1]  5/8
much [7]  3/25 6/9 8/18 12/7 16/19 18/1 18/10
my [3]  3/17 5/23 7/9 7/21 8/13 12/18 13/23 14/6 15/4 15/11 15/15

**N**

nasty [1]  2/25
near [1]  8/19
need [1]  3/6
New [3]  4/10 5/19 10/23
nicely [1]  2/18
nicer [1]  18/1
nine [2]  7/16 7/16
no [11]  1/2 5/3 5/12 6/10 12/16 12/18 13/5 13/20 14/10 15/3 15/7
none [1]  2/16
not [14]  2/17 2/19 5/11 5/12 5/23 6/10 7/21 7/22 12/1 13/2 13/12 15/7 16/17 18/5
notes [1]  3/17
notice [1]  16/18
notion [1]  7/12
November [1]  13/25
now [7]  4/1 4/9 10/1 10/3 11/8 13/23 14/13
nowadays [1]  9/22
number [5]  2/4 6/5 14/10 15/12 15/13
numbers [3]  9/14 10/4 13/14

**O**

oath [1]  11/6
objection [2]  4/1 12/18
objectors [2]  4/2 6/8
obligated [1]  17/10
obviously [1]  12/16
October [1]  13/25
October/November [1]  13/25
off [1]  6/1
offered [1]  15/2
Official [2]  1/18 18/21
Okay [4]  10/3 14/19 16/11 17/3
once [4]  2/16 10/20 13/4 15/24
one [6]  8/6 9/10 11/25 15/3 15/4 15/9
one-minute [1]  15/9
only [2]  7/11 15/1
opinion [1]  7/21
Oppenheimer [1]  11/18
oral [1]  11/8
order [9]  2/1 4/9 4/20 7/6 7/7 9/8 10/4 11/18 12/17
ordered [1]  8/12
orders [1]  5/20
originally [1]  11/3
originated [1]  15/14
other [4]  3/9 5/6 5/15 14/20
ought [1]  17/21
our [7]  10/4 10/18 14/4 14/11 15/21 16/16 18/9
ours [1]  14/8
out [10]  2/16 4/4 4/10 4/18 5/9 6/13 7/17 9/15 12/1 12/11
outside [1]  2/18
over [5]  8/3 8/7 9/23 13/24 18/2

**P**

p.m [2]  2/1 18/12

**P**

page [2] 10/4 12/10
Pages [1] 1/7
Palm [1] 1/4
papers [1] 9/9
paragraph [1] 12/10
paragraph 96 [1] 12/10
part [1] 14/7
partly [1] 6/21
partner [1] 13/23
past [1] 16/2
Paul [1] 3/15
pay [1] 4/18
peg [1] 4/3
pegged [1] 6/5
pegging [1] 5/14
people [5] 5/5 5/21 9/25 15/2 16/22
per [1] 5/12
percent [2] 8/1 8/4
person [1] 16/1
personal [1] 7/21
phone [1] 11/7
plaintiff [5] 1/4 1/13 11/5 12/12 13/11
plaintiffs [3] 2/7 7/11 11/1
PLSRA [2] 11/3 11/5
point [3] 5/25 8/6 16/19
policy [1] 6/12
Poloniex [1] 9/19
position [2] 7/9 7/14
post [3] 3/22 12/22 12/25
post-judgment [2] 3/22 12/22
Powell [1] 5/8
pre [3] 3/22 12/22 12/25
prefer [1] 8/15
prejudgment [4] 13/2 13/8 13/10 13/12
premise [1] 3/14
prepared [1] 12/23
present [1] 12/12
pretty [2] 8/18 12/7
price [12] 3/19 6/8 6/25 7/2 7/13 7/23
 8/17 9/7 9/23 12/13 13/16 13/18
prices [3] 8/24 9/21 10/1
primary [1] 2/24
private [4] 14/24 15/10 15/17 15/23
pro [1] 17/8
proactive [1] 2/19
probably [3] 8/9 13/13 17/22
problem [1] 3/24
proceed [1] 2/9
proceedings [2] 18/12 18/17
produce [1] 10/20
producing [1] 10/18
profit [1] 13/7
properly [1] 4/14
property [1] 5/15
proportion [1] 4/18
proposal [3] 8/21 9/5 14/15
proposed [4] 3/12 4/9 9/8 12/17
proposing [1] 3/10
prove [1] 7/18
provided [1] 3/17
providing [1] 15/8
public [4] 15/8 15/9 15/10 15/12
pulling [1] 3/11
put [4] 2/17 5/15 10/4 12/3

**Q**

question [2] 9/4 16/23
quite [1] 7/7
quoted [1] 11/18
quoting [1] 1/17

**R**

race [1] 18/5
racist [1] 18/4
raised [1] 4/13
rates [1] 13/1
really [3] 4/17 6/25 13/25
reason [2] 5/11 5/12 8/20
reasonable [5] 10/18 10/20 10/21 10/24
 14/20
reasons [1] 8/14
receive [3] 5/24 17/10 17/18
receiving [1] 4/18
recognized [1] 8/24
recovery [1] 2/15
refused [1] 6/23
registered [1] 4/14
rejected [2] 7/16 7/16
remedies [1] 11/20
remembers [1] 11/3
rephrase [1] 15/8
replacement [2] 5/16 5/16
REPORTED [1] 1/17
Reporter [2] 1/18 18/21
residence [1] 2/24
resolutions [1] 3/12
resolving [1] 2/20
respect [1] 18/2
respond [3] 16/17 16/18 17/20
responsibility [1] 14/16
restitution [1] 5/20
returns [1] 6/1
right [8] 4/9 11/8 12/6 13/23 14/19 16/14
 16/20 18/11
Road [1] 1/15
RPR [2] 1/17 18/20
rules [1] 17/4
ruling [1] 12/17
running [1] 17/8

**S**

said [6] 6/24 7/2 7/18 8/11 8/13 14/5
same [5] 8/18 12/15 13/20 13/24 17/24
Sample [1] 1/15
saw [1] 6/23
Saxon [1] 18/7
say [7] 2/15 2/18 7/8 7/17 12/9 14/4 18/1
saying [5] 4/2 10/16 11/1 17/19 17/22
says [1] 10/18
scenes [1] 7/13
scrutiny [1] 9/22
se [2] 5/12 17/8
SEC [8] 3/12 5/20 6/23 7/6 7/10 7/14 9/1
 12/1
securities [1] 12/24
see [6] 4/8 5/2 9/3 9/6 15/13 16/3
sell [2] 6/20 15/17
send [4] 3/1 15/23 17/9 17/15
sending [1] 17/8
sent [2] 2/25 17/5
serve [3] 16/17 16/17 17/13
several [4] 11/14 11/16 11/20 16/8
Sheck [1] 11/17
shifts [1] 10/20
should [10] 7/22 10/11 10/12 11/10
 11/15 13/9 13/11 13/20 13/24 16/25
shouldn't [5] 5/6 6/11 7/12 13/7 13/10
show [1] 16/3
shutdown [1] 4/6
shuts [1] 4/12
side [2] 11/21 18/9
SILVER [4] 1/13 1/14 2/6 2/7
silvermillerlaw.com [1] 1/16
similar [2] 3/20 4/12
simply [2] 9/9 17/11
since [2] 9/22 13/1
Singapore [1] 2/23
six [1] 5/20
slim [2] 2/16
slippage [2] 9/17 9/21
small [1] 12/12
so [33]
sold [2] 5/3 15/11
some [14] 2/25 3/11 3/11 4/1 4/7 5/4
 5/11 6/4 6/13 6/24 7/1 11/13 12/4 18/2
somebody [1] 15/16
someone [1] 4/13
something [4] 3/1 8/19 17/5 17/18
sometimes [2] 2/23 8/1
somewhere [1] 2/22
sorry [3] 12/8 13/11 14/6
sort [2] 6/4 11/13
SOUTHERN [1] 1/1
speak [1] 2/19
specifically [1] 9/4
spent [1] 3/11
spike [1] 8/19
spoken [1] 2/17
Springs [1] 1/15
start [1] 13/25
started [1] 9/22
starting [1] 14/2
starts [1] 12/10
state [1] 12/24
statement [1] 9/8
STATES [2] 1/1 1/10
statutes [3] 11/19 11/21 12/24
statutory [1] 13/1
stay [1] 7/7
stayed [1] 7/6
step [1] 3/3
still [6] 6/18 8/3 8/4 17/13
stock [3] 6/12 6/13 6/14
stolen [6] 5/15 6/1 6/13 6/14 6/14 6/19
submit [1] 11/5
submitted [2] 4/10 11/6
submitting [1] 4/15
suing [1] 9/19
Suite [2] 1/18 18/21
summary [1] 16/19
summer [1] 13/24
support [1] 7/10
supposedly [1] 2/24
Supreme [1] 11/18
sure [2] 13/22 18/5

**T**

Tab [1] 12/7
take [4] 3/3 6/4 11/8 14/16
taken [2] 10/15 14/15
talk [2] 2/11 3/9
talking [3] 6/16 7/9 16/13
tax [1] 6/1
technically [3] 3/4 3/5 15/1
technology [1] 5/2
tell [8] 2/8 9/14 10/3 14/12 14/23 15/24
 16/1 16/22
telling [1] 17/12
tender [1] 5/6

**T**

testimony [1]  11/8
than [5]  5/6 13/18 14/20 14/21 18/1
Thank [2]  16/10 18/10
Thanks [1]  18/11
that [56]
that's [21]
that's here [1]  6/2
their [9]  6/1 6/18 8/14 9/1 9/7 9/8 9/8
  9/14 11/6
them [7]  4/8 4/20 5/25 6/3 9/20 10/4
  11/9
then [13]  3/12 3/22 5/9 12/12 13/5 13/19
  14/13 15/6 15/12 15/23 16/18 17/19
  17/20
theoretically [1]  5/25
theory [3]  4/25 10/14 13/7
there [15]  3/4 5/11 5/12 6/2 6/7 7/13
  7/15 7/18 7/19 8/12 9/17 9/18 9/21 9/24
  15/9
there's [2]  12/16 12/17
these [7]  7/23 8/22 10/3 10/25 13/14
  15/6 16/7
they [49]
thing [1]  17/24
things [2]  7/24 17/25
think [23]
this [23]
those [3]  7/24 10/7 14/25
though [2]  3/8 5/5
thought [1]  6/23
threat [2]  17/9 17/18
threatened [1]  17/19
threatening [1]  2/18
threats [1]  17/11
through [2]  4/13 5/2
time [1]  4/3
today [5]  8/5 8/8 8/9 8/18 12/23
TODD [2]  1/14 2/6
together [2]  3/11 12/4
tomorrow [1]  6/17
too [3]  7/2 7/18 10/5
took [2]  7/14 14/5
trace [1]  15/12
track [3]  15/19 15/21 15/25
trading [1]  7/23
transcription [1]  18/17
transferred [1]  16/4
transparency [2]  7/1 7/15
try [1]  11/25
trying [1]  2/17
tutorial [1]  15/9
TV [1]  7/9
two [5]  3/11 9/23 11/11 12/24 14/10
typo [2]  14/6 14/16

**U**

U.S [6]  5/14 6/18 8/16 9/18 12/11 15/25
ultimately [1]  17/16
under [4]  11/5 11/6 12/24 13/9
understand [1]  7/7
understanding [1]  12/18
unfortunately [1]  15/3
UNITED [2]  1/1 1/10
until [2]  7/15 13/25
up [11]  2/11 6/9 6/16 8/3 8/4 8/6 12/2
  13/21 13/23 14/20 16/12
upside [1]  6/17
urge [1]  17/4
us [12]  2/19 2/25 9/10 11/7 14/23 14/25

16/20 17/1 17/24 17/25 18/2 18/4
USD [3]  5/17 5/21 6/1
use [7]  2/13 4/11 5/5 5/7 5/25 6/22 9/7
used [6]  8/23 9/9 9/25 10/23 10/24 11/2
using [5]  3/21 4/15 4/19 10/20 13/6

**V**

vacate [5]  3/5 3/6 16/20 16/25 17/3
validated [1]  3/14
valuation [3]  6/2 6/15 6/19
value [14]  3/16 3/25 4/3 5/16 5/16 5/16
  9/2 10/15 12/13 12/14 12/15 13/3 13/10
  13/11
values [1]  8/22
varies [1]  3/25
variety [1]  8/14
Vernon [1]  3/15
very [7]  4/12 7/9 9/17 9/21 9/24 12/12
  18/10
vs [1]  1/5

**W**

wallet [3]  15/21 15/22 15/23
wallets [2]  14/24 15/5
want [7]  2/8 6/17 6/18 12/4 16/15 16/20
  16/23
wanted [2]  5/10 9/4
was [66]
wasn't [3]  4/10 4/14 8/6
watch [1]  15/15
way [3]  5/13 12/15 17/17
we [66]
week [4]  4/11 6/23 7/17 14/18
well [16]  2/8 2/25 3/1 3/3 3/9 4/25 5/4
  6/21 8/6 8/11 13/17 14/19 15/8 16/6
  17/16 18/8
wells [5]  1/17 1/19 18/20 18/20 18/22
went [4]  6/9 9/23 13/13 15/20
were [7]  5/13 6/7 9/2 11/2 12/9 14/11
  16/12
weren't [2]  6/25 7/15
West [1]  1/4
what [39]
What's [1]  14/2
whatsoever [1]  2/10
when [9]  4/6 6/13 6/14 6/19 9/2 9/23
  14/12 15/11 17/14
where [9]  2/21 4/11 4/13 8/21 9/7 10/3
  12/2 15/13 15/25
Wherever [1]  2/13
whether [2]  2/9 7/19
which [10]  3/18 6/1 7/6 7/21 8/23 10/17
  11/18 12/11 12/25 13/8
White [1]  18/7
who [3]  7/11 9/7 16/1
why [8]  3/24 4/20 4/23 5/6 8/20 13/8
  13/9 14/8
will [9]  4/18 6/5 12/8 13/23 16/6 16/7
  16/17 16/18 17/3
willing [1]  6/25
within [1]  17/18
without [2]  14/24 15/17
won't [1]  16/18
word [1]  8/15
works [1]  17/17
worth [2]  13/18 13/20
worthless [2]  14/25 15/18
would [14]  2/15 4/8 4/25 5/8 6/17 8/11
  8/13 8/15 9/6 11/8 11/14 12/25 13/2
  17/7

wouldn't [3]  4/24 5/23 6/12
wrong [2]  14/5 14/11

**Y**

year [3]  4/4 8/4 8/5
years [1]  9/23
yes [8]  7/4 10/6 10/10 11/2 11/12 13/6
  14/14 16/25
yesterday [2]  7/6 9/3
yet [2]  7/20 8/19
York [3]  4/10 5/19 10/23
you [78]
your [22]

**Z**

zero [1]  6/17